ORIGINAL

*Idrisa Sesay*
PLAINTIFF/PETITIONER/MOVANT'S NAME

A77-062-688
PRISON NUMBER

San Diego Detention Center (CCA)
PLACE OF CONFINEMENT
P.O. Box 439049
San Ysidro, CA 92143

ADDRESS

FILED
07 DEC 17 PM 3: 29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# United States District Court
## Southern District Of California

'07 CV 2354 JM LSP

*Idrisa Sesay*

, ~~Plaintiff~~/Petitioner/~~Movant~~

v.

Michael Chertoff, et al.,
, ~~Defendant~~/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated?   Yes  (No)   (If "No" go to question 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution?          Yes   No
   Do you receive any payment from the institution?   Yes   No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                                 ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   10/24/04 , $700 per week , $2,800 per month
   B.F.I Waste Management Inc.
   700 Murfreesboro Road
   Nashville TN 37210

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____
   _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: Nissan        Year: 1997    Model: Pathfinder
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. SHECK SESAY
   I was to contribute $400 per month for my son's support.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   NONE

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
    NONE

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
    NONE, EXCEPT FOR MY WIFE IS TAKING CARE OF ME AT THE MOMENT

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE 9/15/07                    _____
                                SIGNATURE OF APPLICANT

CIV-67 (Rev. 9/97)            -3-            ::ODMA\PCDOCS\WORDPERFECT\22835\1

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __IDRISA SESAY__,
(NAME OF INMATE)

__A# 770 62688__,
(INMATE'S CDC NUMBER)

has the sum of $ __1.09__ on account to his/her credit at ____

__SDCF   CCA__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __4.81__,

and the *average monthly deposits* to the applicant's account was $ __1.08__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__10 Sep 07__
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Richard C Crouch__
OFFICER'S FULL NAME (PRINTED)

__Business Manager__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                   -4-                   ::ODMA\PCDOCS\WORDPERFECT\22835\1

INMATE AVERAGE BALANCE WORKSHEET   IM # 77062688   Sesay, Idrisa

Beginning Balance   19.97

| | DEPOSIT | WITHDRAW | TOTAL | DAILY BALANCE | |
|---|---|---|---|---|---|
| **Mar** | | | | | |
| 1 | 4.00 | -10.75 | -6.75 | 13.22 | |
| 2 | | -12.87 | -12.87 | 0.35 | |
| 3 | | | 0.00 | 0.35 | |
| 4 | | | 0.00 | 0.35 | |
| 5 | | | 0.00 | 0.35 | |
| 6 | 10.75 | | 10.75 | 11.10 | |
| 7 | | | 0.00 | 11.10 | |
| 8 | | | 0.00 | 11.10 | |
| 9 | | -4.76 | -4.76 | 6.34 | |
| 10 | | | 0.00 | 6.34 | |
| 11 | | | 0.00 | 6.34 | |
| 12 | | | 0.00 | 6.34 | |
| 13 | | | 0.00 | 6.34 | |
| 14 | | | 0.00 | 6.34 | |
| 15 | | | 0.00 | 6.34 | |
| 16 | | -4.94 | -4.94 | 1.40 | |
| 17 | | | 0.00 | 1.40 | |
| 18 | | | 0.00 | 1.40 | |
| 19 | | | 0.00 | 1.40 | |
| 20 | | | 0.00 | 1.40 | |
| 21 | | | 0.00 | 1.40 | |
| 22 | | -1.33 | -1.33 | 0.07 | |
| 23 | 1.00 | | 1.00 | 1.07 | |
| 24 | | | 0.00 | 1.07 | |
| 25 | | | 0.00 | 1.07 | |
| 26 | 1.00 | | 1.00 | 2.07 | |
| 27 | | | 0.00 | 2.07 | |
| 28 | 2.00 | | 2.00 | 4.07 | |
| 29 | 1.00 | -1.84 | -0.84 | 3.23 | |
| 30 | 1.00 | | 1.00 | 4.23 | |
| 31 | | | 0.00 | 4.23 | |
| | 20.75 | -36.49 | | 123.88 | 4.00 |
| | 0.67 | | | | |
| **Apr** | | | | | |
| 1 | | | 0.00 | 4.23 | |
| 2 | | | 0.00 | 4.23 | |
| 3 | 2.00 | | 2.00 | 6.23 | |
| 4 | 1.00 | | 1.00 | 7.23 | |
| 5 | 1.00 | | 1.00 | 8.23 | |
| 6 | | -7.73 | -7.73 | 0.50 | |
| 7 | | | 0.00 | 0.50 | |
| 8 | | | 0.00 | 0.50 | |
| 9 | 2.00 | | 2.00 | 2.50 | |
| 10 | 1.00 | | 1.00 | 3.50 | |
| 11 | 1.00 | | 1.00 | 4.50 | |
| 12 | 1.00 | | 1.00 | 5.50 | |
| 13 | 3.22 | -4.66 | -1.44 | 4.06 | |
| 14 | | | 0.00 | 4.06 | |
| 15 | | | 0.00 | 4.06 | |
| 16 | | | 0.00 | 4.06 | |
| 17 | 2.00 | | 2.00 | 6.06 | |
| 18 | 1.00 | | 1.00 | 7.06 | |
| 19 | 1.00 | | 1.00 | 8.06 | |
| 20 | 1.00 | -8.06 | -7.06 | 1.00 | |
| 21 | | | 0.00 | 1.00 | |
| 22 | | | 0.00 | 1.00 | |
| 23 | 1.00 | | 1.00 | 2.00 | |
| 24 | 21.00 | | 21.00 | 23.00 | |
| 25 | 1.00 | | 1.00 | 24.00 | |
| 26 | 1.00 | | 1.00 | 25.00 | |
| 27 | | -24.50 | -24.50 | 0.50 | |
| 28 | | | 0.00 | 0.50 | |
| 29 | | | 0.00 | 0.50 | |
| 30 | 2.00 | | 2.00 | 2.50 | |
| | 43.22 | -44.95 | | 166.07 | 5.54 |
| | 1.44 | | | | |
| **May** | | | | | |
| 1 | 1.00 | | 1.00 | 3.50 | |
| 2 | 1.00 | | 1.00 | 4.50 | |
| 3 | 1.00 | | 1.00 | 5.50 | |
| 4 | 1.00 | -5.00 | -4.00 | 1.50 | |
| 5 | | | 0.00 | 1.50 | |
| 6 | | | 0.00 | 1.50 | |
| 7 | | | 0.00 | 1.50 | |

| Day | | | | |
|---|---|---|---|---|
| 8 | 2.00 | | 2.00 | 3.50 |
| 9 | 1.00 | | 1.00 | 4.50 |
| 10 | | | 0.00 | 4.50 |
| 11 | 2.00 | -0.46 | 1.54 | 6.04 |
| 12 | | | 0.00 | 6.04 |
| 13 | | | 0.00 | 6.04 |
| 14 | 1.00 | | 1.00 | 7.04 |
| 15 | | | 0.00 | 7.04 |
| 16 | 1.00 | | 1.00 | 8.04 |
| 17 | 2.00 | | 2.00 | 10.04 |
| 18 | 2.00 | -9.87 | -7.87 | 2.17 |
| 19 | | | 0.00 | 2.17 |
| 20 | | | 0.00 | 2.17 |
| 21 | 1.00 | | 1.00 | 3.17 |
| 22 | 21.00 | -0.98 | 20.02 | 23.19 |
| 23 | 1.00 | -1.14 | -0.14 | 23.05 |
| 24 | 1.00 | | 1.00 | 24.05 |
| 25 | | -23.55 | -23.55 | 0.50 |
| 26 | | | 0.00 | 0.50 |
| 27 | | | 0.00 | 0.50 |
| 28 | | | 0.00 | 0.50 |
| 29 | 2.00 | | 2.00 | 2.50 |
| 30 | 1.00 | | 1.00 | 3.50 |
| 31 | 1.00 | | 1.00 | 4.50 |
| | **42.00** | **-41.00** | | **170.25** | 5.49 |
| | **1.35** | | | |

Jun

| Day | | | | |
|---|---|---|---|---|
| 1 | | -0.46 | -0.46 | 4.04 |
| 2 | | | 0.00 | 4.04 |
| 3 | | | 0.00 | 4.04 |
| 4 | 1.00 | | 1.00 | 5.04 |
| 5 | 2.00 | | 2.00 | 7.04 |
| 6 | 1.00 | | 1.00 | 8.04 |
| 7 | 1.00 | | 1.00 | 9.04 |
| 8 | 1.00 | -9.03 | -8.03 | 1.01 |
| 9 | | | 0.00 | 1.01 |
| 10 | | | 0.00 | 1.01 |
| 11 | 1.00 | | 1.00 | 2.01 |
| 12 | 1.00 | | 1.00 | 3.01 |
| 13 | 1.00 | | 1.00 | 4.01 |
| 14 | 1.00 | | 1.00 | 5.01 |
| 15 | 1.00 | -5.00 | -4.00 | 1.01 |
| 16 | | | 0.00 | 1.01 |
| 17 | | | 0.00 | 1.01 |
| 18 | | | 0.00 | 1.01 |
| 19 | 1.00 | | 1.00 | 2.01 |
| 20 | 1.00 | | 1.00 | 3.01 |
| 21 | 1.00 | | 1.00 | 4.01 |
| 22 | 2.00 | -3.88 | -1.88 | 2.13 |
| 23 | | | 0.00 | 2.13 |
| 24 | | | 0.00 | 2.13 |
| 25 | 1.00 | | 1.00 | 3.13 |
| 26 | 1.00 | | 1.00 | 4.13 |
| 27 | 1.00 | | 1.00 | 5.13 |
| 28 | 21.00 | -4.66 | 16.34 | 21.47 |
| 29 | | | 0.00 | 21.47 |
| 30 | | | 0.00 | 21.47 |
| | **40.00** | **-23.03** | | **111.67** | 3.72 |
| | **1.33** | | | |

Jul

| Day | | | | |
|---|---|---|---|---|
| 1 | | | 0.00 | 21.47 |
| 2 | | | 0.00 | 21.47 |
| 3 | 3.00 | | 3.00 | 24.47 |
| 4 | | | 0.00 | 24.47 |
| 5 | | | 0.00 | 24.47 |
| 6 | 3.00 | -23.36 | -20.36 | 4.11 |
| 7 | | | 0.00 | 4.11 |
| 8 | | | 0.00 | 4.11 |
| 9 | 1.00 | | 1.00 | 5.11 |
| 10 | 1.00 | | 1.00 | 6.11 |
| 11 | 1.00 | | 1.00 | 7.11 |
| 12 | | | 0.00 | 7.11 |
| 13 | | -7.00 | -7.00 | 0.11 |
| 14 | | | 0.00 | 0.11 |
| 15 | | | 0.00 | 0.11 |
| 16 | 1.00 | | 1.00 | 1.11 |
| 17 | 1.00 | | 1.00 | 2.11 |
| 18 | 1.00 | | 1.00 | 3.11 |
| 19 | 1.00 | | 1.00 | 4.11 |
| 20 | | -4.08 | -4.08 | 0.03 |

| | Day | Col1 | Col2 | Col3 | Balance | Avg |
|---|---|---|---|---|---|---|
| | 21 | | | 0.00 | 0.03 | |
| | 22 | | | 0.00 | 0.03 | |
| | 23 | 2.00 | | 2.00 | 2.03 | |
| | 24 | 1.00 | | 1.00 | 3.03 | |
| | 25 | | | 0.00 | 3.03 | |
| | 26 | 2.00 | | 2.00 | 5.03 | |
| | 27 | 1.00 | -0.92 | 0.08 | 5.11 | |
| | 28 | | | 0.00 | 5.11 | |
| | 29 | | | 0.00 | 5.11 | |
| | 30 | 1.00 | | 1.00 | 6.11 | |
| | 31 | 1.00 | | 1.00 | 7.11 | |
| | | 21.00 | -35.36 | | 199.54 | 6.44 |
| | | 0.68 | | | | |
| Aug | | | | 0.00 | 7.11 | |
| | 1 | 1.00 | | 1.00 | 8.11 | |
| | 2 | 1.00 | | 1.00 | 9.11 | |
| | 3 | | -8.98 | -8.98 | 0.13 | |
| | 4 | | | 0.00 | 0.13 | |
| | 5 | | | 0.00 | 0.13 | |
| | 6 | 2.00 | | 2.00 | 2.13 | |
| | 7 | | | 0.00 | 2.13 | |
| | 8 | 1.00 | | 1.00 | 3.13 | |
| | 9 | 2.00 | | 2.00 | 5.13 | |
| | 10 | 1.00 | -2.82 | -1.82 | 3.31 | |
| | 11 | | | 0.00 | 3.31 | |
| | 12 | | | 0.00 | 3.31 | |
| | 13 | | | 0.00 | 3.31 | |
| | 14 | | | 0.00 | 3.31 | |
| | 15 | | | 0.00 | 3.31 | |
| | 16 | | | 0.00 | 3.31 | |
| | 17 | 6.30 | -9.60 | -3.30 | 0.01 | |
| | 18 | | | 0.00 | 0.01 | |
| | 19 | | | 0.00 | 0.01 | |
| | 20 | 1.00 | | 1.00 | 1.01 | |
| | 21 | | | 0.00 | 1.01 | |
| | 22 | | | 0.00 | 1.01 | |
| | 23 | 2.00 | | 2.00 | 3.01 | |
| | 24 | 1.00 | | 1.00 | 4.01 | |
| | 25 | | | 0.00 | 4.01 | |
| | 26 | | | 0.00 | 4.01 | |
| | 27 | 1.00 | | 1.00 | 5.01 | |
| | 28 | | | 0.00 | 5.01 | |
| | 29 | | | 0.00 | 5.01 | |
| | 30 | | -5.00 | -5.00 | 0.01 | |
| | 31 | | | 0.00 | 0.01 | |
| | | 19.30 | -26.40 | | 93.56 | 3.02 |
| | | 0.62 | | | | |
| Sep | | | | | | |
| | 1 | | | 0.00 | 0.01 | |
| | 2 | | | 0.00 | 0.01 | |
| | 3 | | | 0.00 | 0.01 | |
| | 4 | | | 0.00 | 0.01 | |
| | 5 | 3.00 | | 3.00 | 3.01 | |
| | 6 | 1.00 | | 1.00 | 4.01 | |
| | 7 | 2.00 | -5.92 | -3.92 | 0.09 | |
| | 8 | | | 0.00 | 0.09 | |
| | 9 | | | 0.00 | 0.09 | |
| | 10 | 1.00 | | 1.00 | 1.09 | |
| | 11 | | | 0.00 | 1.09 | |
| | | 4.00 | -5.92 | | 6.46 | 0.65 |
| | | 0.40 | | | | |

| Balance average | Days | | Months 6 | 28.85 |
|---|---|---|---|---|
| | | | | 4.81 |
| Deposit average | Days | | Months 6 | 6.50 |
| | | | | 1.08 |

### TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __IDRISA SESAY__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 9/15/07                           _____
                                        SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)          -5-         ::ODMA\PCDOCS\WORDPERFECT\22835\1