UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRISA SESAY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, MICHAEL MUKASEY, Attorney General, ROBIN F. BAKER, Director of San Diego Field Office, U.S. Immigration and Customs Enforcement, JOHN A. GARZON, Officer-in-Charge,<br><br>　　　　　　Respondents. | Case No. 07cv2354-JM (LSP)<br><br>CERTIFICATE OF SERVICE BY MAIL |

STATE OF CALIFORNIA　　　　　）
　　　　　　　　　　　　　　　） ss.
COUNTY OF SAN DIEGO　　　　 ）

　　IT IS HEREBY CERTIFIED that:

　　I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action; and

　　On December 31, 2007, I am causing service by mail of the following:

**NOTICE OF "APPEARANCE"**

to Petitioner *in propria persona*,

**Idrisa Sesay
A77-062-688
San Diego Detention Center (CCA)
PO Box 439049
San Ysidro, CA 92143-9049**

his address of record in this case.

　　I declare under penalty of perjury that the foregoing is true and correct.

　　Executed on this 31st day of December, 2007.

　　　　　　　　　　　　　　　　　　　　　s/ *Samuel W. Bettwy*
　　　　　　　　　　　　　　　　　　　　　SAMUEL W. BETTWY