**JAMES FIFE**
California State Bar No. 237620
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: james_fife@fd.org

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| IDRISA SESAY, | CASE NO. 07CV2354-JM (LSP) |
| Petitioner, | |
| v. | **NOTICE OF APPEARANCE** |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

Pursuant to implementation of the CMS/EMF procedures in the Southern District of California, James Fife, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: January 4, 2008        */s/ James Fife*
**JAMES FIFE**
**Federal Defenders of San Diego, Inc.**
Attorneys for Petitioner
james_fife@fd.org

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Counsel for Petitioner certifies that the foregoing is true and accurate to the best information |
| 3 | and belief, and that a copy of the foregoing document has been caused to be delivered this day upon: |
| 4 | Courtesy Copy to Chambers |
| 5 | Copy to Assistant U.S. Attorney via CMS/ECF |
| 6 | Copy to Petitioner |

Dated:  January 4, 2008              */s/ James Fife*
                                     Federal Defenders of San Diego, Inc.
                                     225 Broadway, Suite 900
                                     San Diego, CA  92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     james_fife@fd.org (email)