# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRISA SESAY | CASE NO. 07cv2354 JM(LSP) |
| Petitioner, | SCHEDULING ORDER |
| vs. | |
| MICHAEL CHERTOFF, et al. | |
| Respondents. | |

On or about December 17, 2007 Petitioner Idrisa Sesay filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 alleging that he is being indefinitely detained in violation of his constitutional rights. Upon preliminary review of the Petition:

1. **RESPONDENT IS ORDERED** to file an answer or other responsive pleading to the Petition for Writ of Habeas Corpus. Respondent shall file the pleading no later than March 7, 2008. The answer shall include any and all transcripts or other documents relevant to the determination of the issues presented in the Petition.

2. **IT IS FURTHER ORDERED** that if Petitioner wishes to reply to the pleading, a traverse or other appropriate pleading must be filed no later than March 21, 2008. The court sets oral argument on the Petition for March 28, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: January 30, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

- 1 -                                                                                      07cv2354