UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRISA SESAY, [A77 062 688]<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>Respondents. | Case No. 07cv2354 JM (LSP)<br><br>DECLARATION OF WILLIAM E. PITT |

I, WILLIAM E. PITT, Immigration Enforcement Agent of the U.S. Immigration and Customs Enforcement in San Diego, declare and state as follows:

1. I am the Acting Deportation Officer assigned to manage the custody docket of Idrisa Sesay, docket number A77 062 688. I began monitoring the docket in June 2007, and I took over responsibility of the docket from Deportation Officer Andy Padilla in October 2007. I am familiar with the case file.

2. Our office has been attempting to obtain a travel document from the Consulate of Sierra Leone for the removal of Mr. Sesay from the United States to Sierra Leone.

3. The Sierra Leone consulate has not formally denied our travel document request.

4. The Sierra Leone consulate has never said anything to me or, to my knowledge, anyone regarding whether Mr. Sesay's 1994 passport is authentic. We have only a photocopy of the passport. Mr. Sesay has not produced an original passport.

5. Mr. Sesay asked to apply for a travel document from the Consulate of Sudan, which we did. The Consulate of Sudan determined that Mr. Sesay is not a citizen of Sudan and formally denied our request for a travel document.

I make this declaration under penalty of perjury under the laws of the United States of America.

DATED: April 9, 2008

_____
WILLIAM E. PITT

07cv2354 JM