1  KAREN P. HEWITT
   United States Attorney
2  SAMUEL W. BETTWY
   Assistant U.S. Attorney
3  California State Bar No. 94918
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-7119
5  Facsimile:  (619) 557-5004

6  Attorneys for Respondents

7              UNITED STATES DISTRICT COURT

8            SOUTHERN DISTRICT OF CALIFORNIA

9  IDRISA SESAY,                )   Case No. 07cv2354 JM (LSP)
                                )
10              Petitioner,      )
                                )
11      v.                       )
                                )
12 MICHAEL CHERTOFF, Secretary of )   **EXHIBITS (Exs. 63-112)**
   Homeland Security et al.,    )
13                              )
                                )
14              Respondents.     )

15

16 TECS printout re Sesay's 7/26/96 entry at NYC as Sierra Leone citizen on B-2 visa. . . . . . . 63

17 Computer database printouts showing that Sesay has used two social security nos. . . . . . 64-65

18 School records, 86-87 & 87-88, showing guardian "John Edwards," Takoma Park, MD.. . 66-68

19 11/17/89 letter showing that Sesay worked at Trak Auto near his home.. . . . . . . . . . . . . . . . 69

20 [Sizable] 10/29/90 telephone bill showing Sesay's address in Hyattsville, MD. . . . . . . . . . . 70

21 1/24/92 furniture rental agreement in Los Angeles area. . . . . . . . . . . . . . . . . . . . . . . . . . . . 71

22 Sesay's college report cards, 1995-96, 1996-97, mailed to Hollywood, CA address. . . . . . 72-74

23 Los Angeles juvenile court hearing notice (3/5/98) regarding Sesay's child Almanya. . . . . . . 75

24 Sesay's asylum application, including 3/23/07 sworn declaration. . . . . . . . . . . . . . . . . . . . 76-88

25 Biographical information provided by Sesay on 7/30/07.. . . . . . . . . . . . . . . . . . . . . . . . . . . 89-90

26 8/16/04 decision and docket sheet  in Singh v. Ashcroft, 03-72471(9th Cir. 2004). . . . . . . 91-93

27 DACS (Deportable Alien Control System) printouts re travel documents. . . . . . . . . . . . 97-105

28 11/20/07 Post Order Custody Review worksheet. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106-12

PORT OF ENTRY: NYC   NEW YORK CITY, NY
COUNTRY OF CITIZENSHIP: SL   SIERRA LEONE
ADMISSION CLASS: B2    TEMPORARY VISITOR FOR PLEASURE

ARRIVAL DATE: 07261986
(MMDDCCYY)

REPORT FORMAT

X DETAIL (DEFAULT)
SUMMARY


NO ARRIVAL/DEPARTURE RECORDS FOUND

(PF1=HELP) (PF2=FLD HELP) (PF3=MAIN MENU) (PF4=PREV MENU) (CLEAR=REFRESH)

63

Page: 1 Document Name: untitled

```
WSSNV                    SSN VERIFICATION INQUIRY                10/19/06
NEXT:                                                            15:29:04
                                                                603T937G

                                                    TOTAL ITEMS:     6
SSN: 620 - 17 - 6344

NAME: IDRISA        SESAY              CODE DESC: V  MATCH ON FULL NAME/SSN, DOB IF DISPLAYED
PROCESS DATE: 04/10/01

NAME: IDRISA      M SESAY                        DOB: 11/02/65 SEX: M AKA:
PROCESS DATE: 11/28/01 CODE DESC: V  MATCH ON FULL NAME/SSN, DOB IF DISPLAYED

NAME: JESUS       R MAGANA             CODE DESC: 5  NOT VERIFIED-NAME DOES NOT MATCH
PROCESS DATE: 04/07/00

NAME: GUILLERMO   M PENA               CODE DESC: 5  NOT VERIFIED-NAME DOES NOT MATCH
PROCESS DATE: 04/07/00

NAME: JESUS         RAMOS             CODE DESC: 5  NOT VERIFIED-NAME DOES NOT MATCH
PROCESS DATE: 04/07/00


PF2=REF      3=MENU      6=INQ SSN      7=BWD      8=FWD
```

Date: 10/19/06 Time: 3:34:27 PM

Page: 1 Document Name: untitled

WSSNV
NEXT:

SSN VERIFICATION INQUIRY

10/19/06
15:31:03
603T937G

TOTAL ITEMS:    5

SSN: 219 - 11 - 2166

NAME: IDRISSE         CISSB          DESC: V   MATCH ON FULL NAME/SSN, DOB IF DISPLAYED
PROCESS DATE: 09/15/99 CODE

NAME: I               CISSE          DESC: V   MATCH ON FULL NAME/SSN, DOB IF DISPLAYED
PROCESS DATE: 09/15/99 CODE

NAME: IDRISSA         CISSE          DESC: V   MATCH ON FULL NAME/SSN, DOB IF DISPLAYED
PROCESS DATE: 09/15/99 CODE

NAME: IDRISSA       S CISSE          DESC: V   MATCH ON FULL NAME/SSN, DOB IF DISPLAYED
PROCESS DATE: 09/15/99 CODE

NAME: IDRISSE         CISSE          DESC: V   MATCH ON FULL NAME/SSN, DOB IF DISPLAYED
PROCESS DATE: 09/15/99 CODE


PF2=REF      3=MENU       6=INQ SSN      7=BWD       8=FWD


Date: 10/19/06 Time: 3:35:58 PM

# PRINCE GEORGE'S COUNTY SCHOOLS

REPORT

REPORT CARD

| STUDENT | | GRADE |
|---|---|---|
| CISSL | ,IDRISSA | 10 |

| STUDENT NO. | HOME ROOM | SCHOOL | YEAR |
|---|---|---|---|
| 000143129 | 026 | HIGH POINT HIGH | 86-87 |

| SUPERINTENDENT | COUNSELOR | QTR. |
|---|---|---|
| DR. JOHN A. MURPHY | GRAVES | 02 |

**PARENT OR GUARDIAN**

JOHN EDWARDS
6735 NEW HAMPSHIRE AVE
APT #1203
TAKOMA PARK, MD  PG
20912

**GRADES**
A-Superior
B-Above Average
C-Average
D-Below Average
E-Failure
P-Pass
F-Failure
I- Incomplete
N-No Grade

**COMMENTS**
1-Poor test grades
2-Incomplete assignments
3-Does not participate in class
4-Inattentive
5-Fails to meet deadlines
6-Does not follow instructions
7-No grade - excessive unexcused absences
8-Positive attitude toward learning
9-Cooperative
10-Shows improvement
11-Shows initiative
12-Work is commendable

MD- FUNCTIONAL TEST REQUIREMENTS MET

| | | | ABSENT | TARDY | ATTENDANCE |
|---|---|---|---|---|---|
| READING | NO | | 003.0 | 000 | MARKING PERIOD |
| MATH | NO | | | | |
| WRITING | NO | | 005.0 | 000 | CUMULATIVE |
| CITIZENSHIP | NO | | <<KEY>> | * = EXEMPT | |

| COURSE | TEACHER | COURSE # | MARKING PERIOD | | | | FINAL | ABSENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | | | |
| GEN PE 2 | MORAZ | 719101-01 | C | B | | | B | 1 | |
| GEN PE 2 | MORAZ | 719102-01 | | | | | | | |
| ELEM LIT | LUCREE | 104331-02 | C | B | | | B | 2 | |
| GR/COMP 10 | LUCREE | 104232-02 | | | | | | | |
| CIVICS | THOMAS | 211031-02 | C | C | | | C | 2 | |
| W GEO | JORGENSEN | 212032-02 | | | | | | 4 | |
| ART 1 | MEADE | 602103-04 | C | C | | | | 3 | |
| BIOLOGY | LLOYD | 420033-03 | D | B | | | E | 2 | 1, 4 |
| FUNC MATH | KAPLAN | 306231-05 | D | E | | | E | | |
| REV ARITH | KAPLAN | 306132-05 | | | | | | | |
| | | | | | | | | | |
| QUALITY POINT AVERAGES | | | 1.67 | 2.17 | | | | | |
| | | | | | | | | | |
| ELIGIBILITY-QPA=2.17  ** ELIGIBLE FOR EXTRACURRICULAR ACTIVITIES. | | | | | | | | | |

PRINCIPAL   MR. FRANCIS G. TRACY          PHONE    937-1000   _____   _____

Parent/Guardian Signature          Date

*Scheln*

# PRINCE GEORGE'S COUNTY SCHOOLS

PGIN#7540-2105-Rev. 9-86

**REPORT**
**REPORT CARD**

| STUDENT | | GRADE |
|---|---|---|
| CISSE      ,IDRISSA | | 11 |

| STUDENT NO. | HOME ROOM | SCHOOL | YEAR |
|---|---|---|---|
| 000143129 | 200 | HIGH POINT HIGH | 87-88 |

| SUPERINTENDENT | COUNSELOR | QTR. |
|---|---|---|
| DR. JOHN A. MURPHY | GRAVES | 01 |

**PARENT OR GUARDIAN**

JOHN EDWARDS
6735 NEW HAMPSHIRE AVE
APT #1203
TAKOMA PARK, MD    PG
20912

**GRADES**
A- Superior
B- Above Average
C- Average
D- Below Average
E- Failure
P  Pass
F- Failure
I-  Incomplete
N- No Grade

**COMMENTS**
1- Poor test grades
2- Incomplete assignments
3- Does not participate in class
4- Inattentive
5- Fails to meet deadlines
6- Does not follow instructions
7- Excessive absences
8- Positive attitude toward learning
9- Cooperative
10- Shows improvement
11- Shows initiative
12- Work is commendable

**MD. FUNCTIONAL TEST REQUIREMENTS MET**

| | | ABSENT | TARDY | ATTENDANCE |
|---|---|---|---|---|
| READING | YES | | | |
| MATH | NO * | 006.0 | 000 | MARKING PERIOD |
| WRITING | NO | 006.0 | 000 | CUMULATIVE |
| CITIZENSHIP | YES | <<KEY>> | | * = EXEMPT |

| COURSE | TEACHER | COURSE # | MARKING PERIOD 1 | 2 | 3 | 4 | FINAL | ABSENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 19C US HIS | RUSSELL | 216131-01 | B | | | | | 6 | |
| 20C US HIS | RUSSELL | 216232-01 | | | | | | | |
| AFJROTC | COON | 999101-02 | A | | | | | 7 | |
| AFJROTC | COON | 999102-02 | | | | | | | |
| FUNC MATH1 | KLAPPS | 306001-04 | C | | | | | 7 | |
| REV ARITH | KLAPPS | 306132-04 | | | | | | | |
| E W HIST | BARRETT | 215131-03 | D | | | | | 5 | 2, 4 |
| M W HIST | BARRETT | 215232-03 | | | | | | | |
| ART 2 | MEADE | 602203-01 | B | | | | | 5 | |
| GR/COMP 11 | MCCORMICK | 105231-03 | D | | | | | 9 | 4, 2 |
| THEMES LIT | MCCORMICK | 105432-03 | | | | | | | |

QUALITY POINT AVERAGES                2.33

ELIGIBILITY-QPA=2.33   ** ELIGIBLE FOR EXTRACURRICULAR ACTIVITIES.

PRINCIPAL   MR. FRANCIS G. TRACY          PHONE   937-1000

Parent/Guardian Signature _____     Date _____



# Prince George's County Public Schools

UPPER MARLBORO, MARYLAND 20772

*Sgt Sledw̶*
*436 - 2077*

TO THE PARENT OR GUARDIAN OF:        01302      May 16, 1988

IDRISSA CISSE                                   000143129
6735 NEW HAMPSHIRE AVE  1203
TAKOMA PARK MD 20912

Dear Parent/Guardian:

Students who graduate from a public school in the state of
Maryland must demonstrate competency in writing, in addition to other
graduation requirements. If a student scores 5.5 or higher on this
prescribed test, the requirement has been met.

The modified holistic score earned by your child is based on the
overall quality of writing on two different writing samples. Each
sample is graded on a scale of 1 to 4, 4 being the highest. Scores
from both samples have been added together, making the scores range
from 2 to 8. Students whose combined score is 5.5 or above on this
test should be congratulated for successfully completing this phase of
the requirements for high school graduation.

If the score reported below is less than 5.5, the writing skill
for graduation has not been satisfied. Appropriate instructional
activities will be provided to remediate writing weaknesses. Following
the instructional activities, there will be another opportunity for
students to retake the test next year.

As principal of this school, I want to assure you that we will
continue to provide activities to help all students increase their
proficiency in basic skills. If you want to discuss any aspect of your
child's test results, please call the school for an appointment. We
will be happy to try to answer questions you may have about
functional/skills testing.

Sincerely,

FRANCIS G TRACY
PRINCIPAL
HIGH POINT HIGH SCHOOL

Topic 1 (Narrative)        4.0
Topic 2 (Explanatory)      2.5

Total score                6.5  PASS        Winter 88

68

November 17, 1989

Indrissa Cisse
Parts Clerk
Store #638 - Takoma Park
Takoma Park, MD  20012

Dear Indrissa:

Congratulations!

You have recently received a review of your performance with
Trak Auto.  Based on that, I am happy to inform you that you
will be receiving a wage increase!

As you are aware, the job of a Parts Clerk is an important
position in our Company.  Since you deal <u>directly</u> with
customers on a daily basis, it's especially important that
you project a courteous and helpful attitude.  I'm sure I
can count on you to support Trak's policies and procedures.

Indrissa, I'm delighted to have a responsible and reliable employee
such as yourself working for Trak Auto.  As a member of the
Trak family, I encourage you to develop your career and invite
you to grow with us.

Thank you for a job well done!

Very truly yours,

Timothy E. Katona
Regional Manager

cc:

District Manager
Store Manager

69



**C&P Telephone** IDRISSA CISSE                    Oct 29 1990
A Bell Atlantic Company   Acct 301 853 1894 345 05

Payment Page                          Amount Due
Send with your payment                | $545.99 |

003232 1 ZP 0.205  002534  81          Please pay:
                                       C&P Telephone
                                          By Nov 6
IDRISSA CISSE
850 BERKSHIRE DR
HYTTSVLL MD    20783-3247
                                              C&P use only

P.O. Box 657
Baltimore, MD 21265-0001            Questions call
                                     301 851-0220

030185318943450000 11060000810000028732000005459  01 2

```
V.I.P. RENTALS
157 N MARKET ST                                          47 payment left
(213) 673-8849 STORE #:  1          INGLEWOOD           CA  90301

CISSE, IDRISSA              AGREEMENT #:  60              ROUTE: 01
```

| RENT APPLIED | RENEWAL AMOUNT | OTHER PAY | ORDER FEE | DELIVERY FEE | REINST-ATMENT | WAIVER FEE | TAX PAID | TOTAL PAID |
|---|---|---|---|---|---|---|---|---|
| 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 6.19 | 85.19 |

| DATE WAS DUE | DATE PAID | NEXT DUE DATE | CURRENT FREQ | FULL PAYS LEFT | DISCNT AMOUNT | CREDIT |
|---|---|---|---|---|---|---|
| 01/28/92 | 01/24/92 | 02/28/92 | W | 51 | 0.00 | 1.35 |

| ITEM# | DESCRIPTION |
|---|---|
| 135 | TABLE TOP 25" CPTV |

```
                                  .............SPECIAL.............
                                 : ******************************* :
                                 : *       TODAY'S SPECIAL      * :
                                 :       CPTV AND VCR 18.95 WK     :
RECEIPT #:      2481 THANK YOU   :       HAVE A NICE DAY !!        :
                                 : ******************************* :
                                  .................................
```



**Cal State L.A.**

NAME  Idrissa Sesay Cisse
ID NO.  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    DATE PRINTED  05/10/94

**CLASS SCHEDULE**

| COURSE NUMBER | COURSE TITLE | CREDIT HRS | AUTH | DAY | MEETING TIME | BLDG | ROOM |
|---|---|---|---|---|---|---|---|
| CRIM-235 -01 | ELEMNTS OF INVEST | 4.00 | LEC | TR | 0135PM-0315PM | KH | B4007 |
| CRIM-447 -01 | DRUG CONTROL SYST | 4.00 | LEC | TR | 0950AM-1130AM | KH | D1047 |
| POLS-150 -01 | GOVT+AMER SOCIETY | 4.00 | LEC | MW | 1215PM-0155PM | KH | LH1 |
| UNIV-060 -14 | STUDY GROUP | 1.00 | LAB | MW | 0205PM-0335PM | KH | B2017 |

SCHOOL  Health & Human Services
CLASS  Freshman
DEGREE  Bachelor of Science
MAJOR  Criminal Justice

TOTAL ATTEMPTED HOURS    13.00

THIS FORM IS VALIDATION OF YOUR
ENROLLMENT FOR TERM LISTED

TERM  943

THIS IS YOUR REGISTRATION RECEIPT AND YOUR CLASS
SCHEDULE AS OF THE "DATE PRINTED" AT TOP

Idrissa Sesay Cisse

1244 N Orange Dr Apt 110
Hollywood          CA  90038

MID
TERM      COURSES LISTED AS "AUTH" OR
SPRING    PERMIT SUBMITTED, ARE NOT
1994      CONSIDERED OFFICIALLY ENROLLED.
          CONTACT ADM146 FOR DISCREPANCIES

145 OFFICE OF THE REGISTRAR

# Cal State L.A.

NAME  Idrissa Sesay Cisse

I.D. NO.  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    DATE PRINTED  10/31/95

**CLASS SCHEDULE**

| COURSE NUMBER | COURSE TITLE | CREDIT HRS | ACTIVITY TYPE | DAY | MEETING TIME | BLDG | ROOM |
|---|---|---|---|---|---|---|---|
| CRIM-221 -01 | LEGAL ASPCTS EVID | 4.00 | LEC | Dropped; Disqual | | | |
| CRIM-410 -01 | SEX CRIMES INVESTIGATN | 4.00 | LEC | Dropped; Disqual | | | |
| PE -150 -05 | FITNES IN MOD SOC | 4.00 | LEC | Dropped; Disqual | | | |
| PE -150 -06 | Activity | 10.00 | ACT | Dropped; Disqual | | | |

SCHOOL Health & Human Services
CLASS Sophomore
DEGREE Bachelor of Science
MAJOR  Criminal Justice

TOTAL ATTEMPTED HOURS    0.00

THIS FORM IS VALIDATION OF YOUR ENROLLMENT FOR TERM LISTED

TERM  959

THIS IS YOUR REGISTRATION RECEIPT AND YOUR CLASS SCHEDULE AS OF THE "DATE PRINTED" AT TOP

Idrissa Sesay Cisse
1244 N Orange Dr Apt 113
Hollywood          CA  90038

MID
TERM        THIS IS YOUR FINAL ENROLLMENT
FALL        NOTICE. DISCREPANCIES MUST BE
1995        RESOLVED BY NOVEMBER 13, 1995.
            CONTACT ADM. 146 FOR ASSISTANCE.

145 OFFICE OF THE REGISTRAR

**Cal State L.A.**

**CLASS SCHEDULE**

NAME Idrissa Sesay Cisse    DATE PRINTED  05/04/96

I.D.NO  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

| COURSE NUMBER | COURSE TITLE | CREDIT HRS | ACTIVITY TYPE | DAY | MEETING TIME | BLDG | ROOM |
|---|---|---|---|---|---|---|---|
| BIOL-156 -01 | NAT HIST PLANTS | 4.00 | LEC | MW | 0210PM-0325PM | BIOS | 144 |
| BIOL-156 -03 | Laboratory | 0.00 | LAB | MW | 0635PM-0925PM | BIOS | 261 |
| CRIM-223 -01 | COMMUNITY RELAINS | 4.00 | LEC | MW | 0950AM-1130AM | KH | 01047 |
| GEOL-155 -01 | OCEANOGRAPHY | 3.00 | LEC | TR | 0950AM-1105AM | PS | 158 |
| GEOL-157 -01 | OCEANOGRAPHY LAB | 1.00 | LAB | R | 1115AM-0145PM | PS | 211 |

TOTAL ATTEMPTED HOURS     12.00

TERM  963

SCHOOL Health & Human Services
CLASS  Sophomore
DEGREE Bachelor of Science
MAJOR  Criminal Justice

THIS FORM IS VALIDATION OF YOUR
ENROLLMENT FOR TERM LISTED
THIS IS YOUR REGISTRATION RECEIPT AND YOUR CLASS
SCHEDULE AS OF THE "DATE PRINTED" AT TOP

Idrissa Sesay Cisse

1244 N Orange Dr Apt 113
Hollywood        CA   90038

VALID      THIS IS YOUR FINAL, OFFICIAL
ONLY       CLASS CONFIRMATION FOR THE
SPRING     SPRING 1996 QUARTER.
1996

145 OFFICE OF THE REGISTRAR

| PETITIONER OR ATTORNEY (Name and Address)<br>**Los Angeles County, DCFS**<br>**Adoptions Division**<br>**695 S. Vermont Ave.**<br>**Los Angeles, CA 90005** | TELEPHONE NO.<br>**C. HINTON, CSW,**<br>**213-351-5037** | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

    201 CENTRE PLAZA DRIVE
    MONTEREY PARK, CALIFORNIA 91754-2143

CASE NAME  (Child's Name)
    **SESAY, ALMANYA**

| **NOTICE OF REVIEW HEARING - JUVENILE** | COURT NUMBER<br>CK26083 |
|---|---|

**TO:**    MINOR'S CAREGIVER

**NAME:**    MR IDRISSA SESAY

**ADDRESS:**    5811 N. TUJUNGA AVE, APT 313, N. HOLLYWOOD, CA 91601

1.   A REVIEW HEARING will be held, located at the court address above.

| On (date):  3/5/98 | at (time):  8:30 AM | in Dept.:  415 | Room: |
|---|---|---|---|

2.   At the review hearing, the court will consider the recommendation of the social worker and make an order concerning the following children (names):

          SESAY, ALMANYA       08/01/91       01481972

3.   THE SOCIAL WORKER RECOMMENDS

   a. ☐ A change in the child's placement, custody or status.

   b. ☒ No change in the child's placement, custody or status.

   c. ☐ Other _____

   d. ☐ Termination of Family Reunification pursuant to WIC 366.21 or .22

   e. ☐ Permanency Planning Hearing pursuant to WIC 366.25.

   f. ☒ Review of Permanent Plan pursuant to WIC 366.3.

4.  **TO THE PARENTS, GUARDIANS, AND CHILDREN**

   a.  You have the right to be represented by an attorney.  The court will appoint an attorney for you if you cannot afford one.

   b.  Prior to the hearing the social worker will prepare a report with recommendations.  You have the right to receive a copy of this report.

   a.  The court will proceed with this hearing whether or not you are present.

Date:2/2/98

                     PETER DIGRE , DIRECTOR
                     DEPARTMENT OF CHILDREN AND FAMILY SERVICES

     **CHARLENE HINTON**          BY: ☒ *Charlene L Hinton*
      (TYPE OR PRINT NAME)                  (SIGNATURE OF PETITIONER)

Modified form approved by the
Judicial Council of California
JV-280 (Rev. January 1, 1991)     **NOTICE OF REVIEW HEARING - JUVENILE**     Welfare and Institutions Code, § § 366.2, 366.21,
                                                          366.22, 366.3

*75*

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Service
U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1615-0067; Expires 9/30/03

# Application for Asylum and for Withholding of Removal

Form I-589

*Start Here- Please Type or Print.* **USE BLACK INK. SEE THE SEPARATE INSTRUCTION PAMPHLET FOR INFORMATION ABOUT ELIGIBILITY AND HOW TO COMPLETE AND FILE THIS APPLICATION.** (Note: There is NO filing fee for this application.)

*Please* check the box if you also want to apply for withholding of removal under the Convention Against Torture.  ☒

## PART A.I.  INFORMATION ABOUT YOU

| | |
|---|---|
| 1. Alien Registration Number(s)(A #'s) *(if any)*  **A77 062 688** | 2. Social Security No. *(if any)*  **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** |

| | | |
|---|---|---|
| 3. Complete Last Name  **Jabbar** | 4. First Name  **Mikey** | 5. Middle Name |

6. What other names have you used *(Include maiden name and aliases)*
**Sesay Idrisa; Cisse Idrisa**

| 7. Residence in the U.S.  C/O  **DHS Custody** | Telephone Number |
|---|---|
| Street Number and Name  **446 Alta Road** | Apt. No. |

| City  **San Diego** | State  **CA** | ZIP Code |
|---|---|---|

| 8. Mailing Address in the U.S., if other than above | Telephone Number |
|---|---|
| Street Number and Name | Apt. No. |

| City | State | ZIP Code |
|---|---|---|

| 9. Sex  ☒ Male   ☐ Female | 10. Marital Status:  ☒ Single   ☐ Married   ☐ Divorced   ☐ Widowed |
|---|---|

| 11. Date of Birth *(Mo/Day/Yr)*  **00/00/1971** | 12. City and Country of Birth  **Toray      Sudan** |
|---|---|

| 13. Present Nationality *(Citizenship)*  **Sudanese** | 14. Nationality at Birth  **Sudanese** | 15. Race, Ethnic or Tribal Group  **Dinka** | 16. Religion  **Christian** |
|---|---|---|---|

17.   Check the box, a through c that applies:   a. ☐ I have never been in immigration court proceedings.
b. ☒ I am now in immigration court proceedings.   c. ☐ I am **not** now in immigration court proceedings, but I have been in the past.

18. *Complete 18 a through c.*
a. When did you last leave your country? *(Mo/Day/Yr)* ____**1983**____   b. What is your current I-94 Number, if any? _____

c. Please list each entry to the U.S. beginning with your most recent entry.
List date *(Mo/Day/Yr)*, and your status for each entry. *(Attach additional sheets as needed)*

| Date | **1986** | Place | **New York** | Status | **Visitor** | Date Status Expires | **1987** |
|---|---|---|---|---|---|---|---|
| Date | | Place | | Status | | | |
| Date | | Place | | Status | | | |
| Date | | Place | | Status | | | |

| 19. What country issued your last passport or travel document  **Sierra Leone** | 20. Passport # **?** **False Passport**  Travel Document # | 21. Expiration Date *(Mo/Day/Yr)* |
|---|---|---|

| 22. What is your native language?  **Dinka** | 23. Are you fluent in English?  ☒ Yes   ☐ No | 24. What other languages do you speak fluently? |
|---|---|---|

| FOR EOIR USE ONLY | | FOR BCIS USE ONLY |
|---|---|---|
| | Action: | |
| | Interview Date: _____ | |
| | Decision: | |
| | __ Approval Date _____ | |
| | __ Denial Date: _____ | |
| | __ Referral Date: _____ | |
| | Asylum Officer ID# _____ | |

Form I-589 (Rev. 07/03/03)Y

76

**PART A.II.  INFORMATION ABOUT YOUR SPOUSE AND CHILDREN**

**Your Spouse**    ☒ I am not married. (Skip to *Your Children,* below)

| 1. Alien Registration Number (A#)  *(If Any)* | 2. Passport/ID Card No.  *(If any)* | 3. Date of Birth  *(Mo/Day/Yr)* | 4. Social Security No.  *(If any)* |
|---|---|---|---|

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Maiden Name |
|---|---|---|---|

| 9. Date of Marriage *(Mo/Day/Yr)* | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|

| 12. Nationality   *(Citizenship)* | 13. Race, Ethnic or Tribal Group | 14. Sex  ☐ Male     ☐ Female |
|---|---|---|

15. Is this person in the U.S.?    ☐ Yes *(Complete blocks 16 to 24)*    ☐ No *(Specify location)*

| 16. Place of last entry in U.S.? | 17. Date of last entry in the U.S. *(Mo/Day/Yr)* | 18. I-94 No.  *(If any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|

| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(Mo/Day/Yr)* | 22. Is your spouse in immigration court proceedings?  ☐ Yes ☐ No | 23. If previously in the U.S., date of previous arrival *(Mo/Day/Yr)* |
|---|---|---|---|

24. If in the U.S., is your spouse to be included in this application?    *(Check the appropriate box.)*

☐ Yes *(Attach one (1) photograph of your spouse in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)*
☐ No

**Your Children.**    Please list **ALL** of your children, regardless of age, location, or marital status.

☒ I do not have any children *(Skip to Part A.III.,  Information about Your Background.)*
☐ I do have children. Total number of children _____

*(Use Supplement A Form I-589 or attach additional pages and documentation if you have more than four (4) children.)*

| 1. Alien Registration Number (A#) *(if any)* | 2. Passport/ID Card No. *(If any)* | 3. Marital Status  *(Married Single, Divorced, Widowed)* | 4. Social Security No. *(if any)* |
|---|---|---|---|

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(Mo/Day/Yr)* |
|---|---|---|---|

| 9. City and Country of Birth | 10. Nationality  *(Citizenship)* | 11. Race, Ethnic or Tribal Group | 12. Sex ☐ Male     ☐ Female |
|---|---|---|---|

13. Is this child in the U.S.?    ☐ Yes *(Complete Blocks 14 to 21)*    ☐ No *(Specify Location)*

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S. *(Mo/Day/Yr)* | 16. I-94 No. *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(Mo/Day/Yr)* | 20. Is your child in immigration court proceedings?  ☐ Yes ☐ No |
|---|---|---|

21. If in the U.S., is this child to be included in this application?    *(Check the appropriate box.)*

☐ Yes *(Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person)*
☐ No

77

**PART A.II. INFORMATION ABOUT YOUR SPOUSE AND CHILDREN Continued**

| 1. Alien Registration Number (A#) *(if any)* | 2. Pass/ID Card No. *(if any)* | 3. Marital Status *(Married Single, Divorced, Widowed)* | 4. Social Security No. *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(Mo/Day/Year)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic or Tribal Group | 12. Sex  ☐ Male  ☐ Female |

13. Is this child in the U.S.?   ☐ Yes *(Complete blocks 14 to 21)*      ☐ No *(Specify Location)*

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? *(Mo/Day/Yr)* | 16. I-94 No. *(If any)* | 17. Status when last admitted |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, *(if any) (Mo/Day/Yr)* | 20. Is your child in immigration court proceedings?  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application?  *(Check the appropriate box)*

☐ Yes *(Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A#)*(If any)* | 2. Passport/ID Card No. *(If any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. Social Security No. |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(Mo/Day/Yr)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic or Tribal Group | 12. Sex  ☐ Male  ☐ Female |

13. Is this Child in the U.S.?   ☐ Yes *(Complete blocks 14 to 21)*      ☐ No *(Specify Location)*

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? *(Mo/Day/Yr)* | 16. I-94 No. *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? | 20. Is your child in immigration court proceedings?  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application?  *(Check the appropriate box)*

☐ Yes *(Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A#) *(If any)* | 2. Passport/ID Card No. *(If any)* | 3. Marital Status *(Married Single, Divorced, Widowed)* | 4. Social Security No. *(If any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(Mo/Day/Yr)* |
| 9. City and Country of Birth | 10. Nationality | 11. Race, Ethnic or Tribal Group | 12. Sex  ☐ Male  ☐ Female |

13. Is the child in the U.S.?   ☐ Yes *(Complete blocks 14 to 21)*      ☐ No *(Specify Location)*

| 14. Place of last entry in the U.S.? | 15. Date of last entry in the U.S.? *(Mo/Day/Yr)* | 16. I-94 No. *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(Mo/Day/Yr)* | 20. Is your child in immigration court proceedings?  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application?  *(Check the appropriate box)*

☐ Yes *(Attach one (1) photograph of your child in the upper right hand corner of page 9 on the extra copy of the application submitted for this person.)*
☐ No

Form I-589 (Rev. 07/03/03)Y Page 3



## PART A.III.   INFORMATION ABOUT YOUR BACKGROUND

1. Please list your last address where you lived before coming to the U.S.  If this is not the country where your fear persecution, also list the last address in the country where you fear persecution.   *(List Address, City/Town, Department, Province, or State, and Country.) (Use Supplement B Form I-589 or additional sheets of paper if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| Unknown | Toray | | Sudan | 1971 | 1979/80 |
| Don't Remember | Capetown | Capetown | South Africa | 1981 | 1986 |

2. Provide the following information about your residences during the last five years. List your present address first.  *(Use Supplement Form B or additional sheets of paper if necessary.)*

| Number and Street | City/Town | Department, Province or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 446 Alta Road | San Diego | CA | U.S. | 10/2006 | Present |
| South Facility | Soledad | CA | U.S. | 12/2004 | 10/2006 |
| 181 Cedar Point Lane | South Pittbury | Tennessee | U.S. | 01/2002 | 10/2004 |
| 1721 S. Normandie | Los Angeles | CA | U.S. | 04/1998 | 01/2002 |

3. Provide the following information about your education, beginning with the most recent.  *(Use Supplement B Form I-589 or additional sheets of paper if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Chatanooga Tech. School | Trade School | L22 Hwy. Chattanooga, TN | 01/2002 | 12/2003 |
| Los Angeles City College | Trade School | Vermont Blvd., LA, CA | 09/1994 | 11/1995 |
| Cal State Los Angeles | Trade School | University Rd., LA, CA | 08/1992 | 09/1994 |
| High Point High School | Adult School | Powdermill Rd., Beltsville, MD | 07/1989 | 01/1990 |

4. Provide the following information about your employment during the last five years. List your present employment first.  *(Use Supplement Form B or additional sheets of paper if necessary.)*

| Name and Address of Employer | | Your Occupation | Dates From *(Mo/Yr)* | | To *(Mo/Yr)* | |
|---|---|---|---|---|---|---|
| CA Dept. of Correction | Soledad, California | Boiler Technician | 06 | 2005 | 10 | 2006 |
| BFI Waste Management | Nashville, TN | Diesel Mechanic | 08 | 2003 | 10 | 2004 |
| D&D Repair Shop | Sormona, TN | Diesel Mechanic | 04 | 2003 | 08 | 2003 |
| Chattanooga Trailer Ex. | Chattanooga, TN | Diesel Mechanic | 06 | 2002 | 12 | 2002 |
| Work Training Program | Woodland Hills, CA | Job Coach | 02 | 1998 | 04 | 2001 |

5. Provide the following information about your parents and siblings (brother and sisters). Check box if the person is deceased. *(Use Supplement B Form I-589 or additional sheets of paper if necessary.)*

| Name | | City/Town and Country of Birth | Current Location |
|---|---|---|---|
| *Mother* Jabbar | Kadijata | Hamada, Sudan | ☐ Deceased  Unknown |
| *Father* Jabbar | Bamba | Hamada, Sudan | ☒ Deceased |
| *Siblings* Jabbar | Amina | Toray, Sudan | ☐ Deceased  Unknown |
| Jabbar | Kada | Toray, Sudan | ☐ Deceased  Unknown |

Form I-589 (Rev. 07/03/03)Y Page 4

79

**PART B.   INFORMATION ABOUT YOUR APPLICATION**

*(Use Supplement B Form I-589 or attach additional sheets of paper as needed to complete your responses to the questions contained in PART B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under section 241(b)(3) of the Act or withholding of removal under the Convention Against Torture) you should provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You should attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, please explain why in your responses to the following questions. Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A-D, Section V, "Completing the Form," Part B, and Section VII, "Additional Documents the You Should Submit" or more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the Act, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

    I am seeking asylum or withholding of removal based on

                    ☐ Race
                    ☒ Religion
                    ☐ Nationality
                    ☒ Political opinion
                    ☒ Membership in a particular social group
                    ☒ Torture Convention

    A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

        ☐ No   ☒ Yes   If your answer is "Yes," explain in detail:

        1) What happened;
        2) When the harm or mistreatment or threats occurred;
        3) Who caused the harm or mistreatment or threats; and
        4) Why you believe the harm or mistreatment or threats occurred.

**A government back militia group called the janjaweed killed my father and burned our village church over 20 years ago when I was a child in Toray, Sudan. This is because we were Christians and from another tribal group (the Dinka) which was against government policy.**

    B. Do you fear harm or mistreatment if you return to your home country?

        ☐ No   ☒ Yes   If your answer is "Yes," explain in detail:

        1) What harm or mistreatment you fear;
        2) Who you believe would harm or mistreat you; and
        3) Why you believe you would be harmed or mistreated.

**I fear that I would be tortured or killed because of the current situation in the Sudan. The village that I am originally from is in the Darfur region and there are serious human rights violations occuring at this time. The harm or mistreatment that I would suffer would be because of my membership in the Dinka tribe, as well as my Christian religion.**



**PART B.   INFORMATION ABOUT YOUR APPLICATION Continued**

2. Have you or your family members ever been charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☒ No   ☐ Yes  If "Yes," explain the circumstances and reasons for action.

3.A.   Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No   ☒ Yes    If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

**My parents were members of the Episcopal church and were mebers of the Dinka tribe.  My father was second to the village tribal chief and was a deacon in the church.  My mother was a member of a female church group.**

B.  Do you or your family members continue to participate in any way in these organizations or groups?

☐ No   ☐ Yes    If "Yes," describe for each person, you or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your members have been involved in each organization or group.

**My father is deceased.  As for my mother and siblings, I cannot answer this question yes or no because I have not heard from them in many years and do not know where the are.**

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No   ☒ Yes   If "Yes," explain why you are afraid and describe the nature of the torture you fear, by whom, and why it would be inflicted.

**Torture is a serious problem in the Sudan, as documented in the U.S. Department of State Country Reports on Human Rights practices.  The report states that, "government security forces continue to torture, beat and harass suspected political oponents and others."  My fear would be because of my membership in the Dinka tribe and my Christian religion.**

Form I-589(Rev. 07/03/03)Y Page 6

*81*

**PART C.  ADDITIONAL INFORMATION ABOUT YOUR APPLICATION**

*(Use Supplement B Form I-589 or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)*

1.     Have you, your spouse, your child(ren), your parents, or your siblings ever applied to the United States Government for refugee status, asylum, or withholding of removal?      ☒ No   ☐ Yes

    If "Yes" explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Please indicate whether or not you were included in a parent or spouse's application. If so, please include your parent or spouse's A-number in your response. If you have been denied asylum by an Immigration Judge or the Board of Immigration Appeals, please describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

  **\* as far as I know, my mother or siblings have never applied. I have never applied elsewhere.**

2.     A.  After leaving the country from which you are claiming asylum, did you or your spouse or child(ren), who are now in the United States, travel through or reside in any other country before entering the United States?      ☐ No   ☒ Yes

    B.  Have you, your spouse, your child(ren), or other family members such as your parents or siblings ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?      ☒ No   ☐ Yes

    If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay; the person's status while there; the reasons for leaving; whether the person is entitled to return for lawful residence purposes; and whether the person applied for refugee status or for asylum while there, and, if not, why he or she did not do so.

  **\* I cannot answer this question as it relates to my mother or siblings. When I was forcibly taken from the Sudan (see declaration) I was in Chad for about a year and a half, and in South Africa for about five and a half years. I am not allowed to return to either country for lawful residency purposes.**

3.     Have you, your spouse, or child(ren) ever ordered, incited, assisted, or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

    ☒ No    ☐ Yes   If "Yes," describe in detail each such incident and your own or your spouse's or child(ren)'s involvement.

*82*

**PART C.   ADDITIONAL INFORMATION ABOUT YOUR APPLICATION Continued**

4.   After you left the country where you were harmed or feared harm, did you return to that country?

☒ No    ☐ Yes    If "Yes," describe in detail the circumstances of your visit (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s)).

5.   Are you filing the application more than one year after your last arrival in the United States?

☐ No    ☒ Yes    If "Yes," explain why you did not file within the first year after you arrived. You should be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**I was a minor when I was forcible brought to the United States and was unaware of political asylum.**

6.   Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted and sentenced for any crimes in the United States?

☐ No    ☒ Yes    If "Yes," for each instance, specify in your response what occurred and the circumstances; dates; length of sentence received; location; the duration of the detention or imprisonment; the reason(s) for the detention or conviction; any formal charges that were lodged against you or your relatives included in your application; the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

**On October 26, 2004, I was convicted after a judge trial of sexual battery by restraint in violation of section 243.4(a) of the California Penal Code I found out that there was a warrant for my arrest when I went to the Tennessee Department of Motor Vehicles and on my own returned to California to face the charges to which I have always maintained my innocence.**

**Prior to that, I did plead guilty to filing a false police report.**

*83*

**PART D.   YOUR SIGNATURE**

*After reading the information regarding penalties in the instructions, complete and sign below. If someone helped you prepare this application, he or she must complete Part E.*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546, provides in part; "Whoever knowingly makes under oath, or as permitted under penalty of perjury under section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or knowingly presents any such application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in the law or fact - shall be fined in accordance with this title or imprisoned not more than five years, or both." I authorize the release of any information from my record which the Bureau of Citizenship and Immigration Service needs to determine eligibility for the benefit I am seeking.

Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

**WARNING: Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an Asylum Officer or an Immigration Judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. See 208(d)(6) of the Act and 8 CFR 208.20.**

| Print Complete Name | Write your name in your native alphabet |
|---|---|
| **Mikey**              **Jabbar** | |

Did your spouse, parent, or child(ren) assist you in completing this application?   ☒ No  ☐ Yes  *(If "Yes," list the name and relationship.)*

_____     _____
         *(Name)*                              *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application?  ☐ No  ☒ Yes *(If "Yes," complete Part E)*

_____     _____
         *(Name)*                              *(Relationship)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   ☐ No   ☒ Yes

Signature of Applicant *(The person in Part A.I.)*

[                                              ]

Sign your name so it all appears within the brackets

_____
Date *(Mo/Day/Yr)*

**PART E.   DECLARATION OF PERSON PREPARING FORM IF OTHER THAN APPLICANT, SPOUSE, PARENT OR CHILD**

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324(c).

| Signature of Preparer | Print Complete Name **Bill Waddell** |
|---|---|
| | **Law Office of Bill Waddell** |
| Daytime Telephone Number **(619) 645-5280** | Address of Preparer: Street Number and Name **110 West "C" St., Suite 1300** |

| Apt. No. | City **San Diego** | State **CA** | ZIP Code **92101-3978** |
|---|---|---|---|

**PART F.   TO BE COMPLETED AT INTERVIEW OR HEARING**

*You will be asked to complete this Part when you appear before an Asylum Officer of the U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services (BCIS), or an Immigration Judge of the Executive Office for Immigration Review (EOIR) for examination.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are all true to the best of my knowledge taking into account correction(s) numbered _____ to _____ that were made by me or at my request.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(Mo/Day/Yr)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer or Immigration Judge

Form I-589 (Rev. 07/03/03)Y Page 9

84

Addendum to I-589 Page 1 Part 18c.
Additional Information for Question #5, siblings:

Buntu Jabbar, born Toray, Sudan   location  unknown.

Fula Jabbar, born Toray, Sudan, location unknown.

Saide Jabbar, born Toray, Sudan, location unknown.

Daude Jabbar. born Toray, Sudan, location unknown.

## DECLARATION OF MIKEY JABBAR

My name is Mikey Jabbar. I am a native and citizen of the Sudan. I was born in the Sudan sometime in 1971-1972. I am not sure of the exact date because I was born at home in my village and was not issued a birth certificate. I am of the Dinka tribe.

My parents were Episcopal Christians, and belonged to the Episcopal Chuch in my hometown of Toray in South Darfur, Sudan. My parents owned a small piece of land that my father was farming. He also helped out in our small church as a deacon. I remember when I was a little boy that my father left to do farm work. He was attacked and killed by members of the janjaweed clan who wanted to take over our farm. The group members were Muslims and did not like the Christians in our town.

My mother fled with my siblings after the death of my father. My mother gave me away to a businessman by the name of Hassan Dossa when I was about eight years old. This man took me to Chad. While I was living in Chad with Hassan Dossa, I was ordered to sell fruits on the street. We were in Chad for about one and a half years before he took me to South Africa.

While I was living in South Africa, I was sold to one of Mr. Dossa's clients who was a South African farmer. His name was Johannes Sepat. Mr.

A1

Sepat took me to his farmhouse located at Khomani San Community, a village in the south of Western Cape Province. When I was living with Mr. Sepat, I suffered emotional, psychological and physical harm. This was the result of hard labor, regular whipping and starvation. I received this humiliating treatment from his wife and kids also.

I was ordered to awake up at 5:00 AM to statrt doing my domestic chores such as cleaning the farm compound, washing clothes, and making sure that there was water in the big water tanks if there was no running water. I was sometimes punished with beatings for waking up late or not finishing my chores on time. I sometimes had to watch over the two-year old son of Mr. Sepat. If I did anything which would upset the child then I would be whipped.

Mr. Sepat ordered me not to speak to anyone outside of his family. I feared for my life on several occasions and was afraid that I would be killed if I tried to escape. There was a time when his kids let loose of the family dog to attack me from the back. I was bitten and had to be taken to a clinic. I often did not have enough to eat since I was fed only what was leftover from their dinner.

Around 1986, Mr. Sepat obtained for me a false passport and brought me to the United States as his domestic slave-worker. We lived in New

2

A2
87

York and I was not permitted to leave the house. If the family went out my hands would be tied so that I would not escape.

We later moved to Maryland where the abuse continued. After about three years I was able to escape and was homeless for about six months. A gentleman by the name of James Robinson who was single and sick with cancer decided to help me. I stayed with Mr. Robinson who sent me to an adult school so I would be able to learn how to read and write.

I lived with Mr. Robinson for about two years before his death. After Mr. Robinson's death, I traveled to California and later to Tennessee where I met Teena Case. We became friends and she later became my girlfriend. I was haunted by my past and ashamed of it. I broke down one night and told my girlfriend about my past. She is a Christian herself, and introduced me to her church's members, where I gave my first testimony.

I told them that my real name was Mikey Jabbar and not Idrisa Sesay. I also told them that I was from the Sudan. I told them how I was sold into child slavery and suffered both physical and psychological abuse.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true to the best of my knowledge and belief.

Date 3/27/07

Mikey Jabbar

3

**POST ORDER CUSTODY REVIEW WORKSHEET OR FILE REVIEW**
**PLEASE COMPLETE THE FOLLOWING INFORMATION-**

**Please complete all information and return it As Soon As Possible to Deportation Officer Avalos or any ICE officer. If you have any additional information you may return it with this form.**

**Name:** SESAY, Idrisa                    **Date:** 7/30/07
 **"A" Number:** A77 062 688              **Date of Birth:** 11|02|65

**AKAs:**
**Country of Birth:** SUDAN          **Citizenship:** SUDAN
BUT I WAS ORDERS REMOVAL TO SIERRA LEONE

**Deportation Officer:** Avalos/Thomas          **Date of Review:** 08/8/07

**Location Detained:**    Otay Mesa Detention Facility
                        446 Alta Rd, #5400
                        San Diego, CA 92158

---

**Place to live in the United States?   Address & Phone number**   ☒ Yes   ☐ No
728 FRAWLEY ROAD
APT 1009                    PHONE # (423) 892-1440
EAST RIDGE, TN. 37412
CHATTANOOGA

**Subject to any parole or probation requirements?**   ☒ Yes   ☐ No
**Name address and telephone number of parole/probation Officer.**
E. RICHMOND,
320 W. 4th STREET STE 1000
LOS ANGELES, CA 90013    PHONE # (213) 576-6500

**Close family ties within the United States, list names (Indicate Relationship to you), address And phone numbers.**   ☒ Yes   ☐ No
① TEENA. G. CASE : COMMON-LAW WIFE    (COUSIN)
  728 FRAWLEY ROAD        ② JOHN A. EDWARDS A
  APT 1009                6735 NEW HAMPSHIRE,
  EAST RIDGE, TN 37412    APT 302
  PHONE (423) 892-1440    TAKOMA PARK MARYLAND
                          20912
**Any community ties or non-governmental sponsors, list names address and phone**   (240) 804-8921
**numbers.**                                                ☒ Yes   ☐ No
CHURCH OF THE LIVING GOD
2350 UNIVERSITY BLVD
EAST ADELPHI MARYLAND 20783
  PASTOR : SAMUEL COLE

89

**Any employment prospects?**    ☒ Yes    ☐ No

**Name, address and telephone number of supervisor.**

(1.) B.F.I WASTE SERVICE. LLC
1018 E. 38th STREET
CHATTANOOGA TN 37401
PHONE: (423) 867-4650

(2) BOILER MAKERS
LOCAL 656
1011 BACHMAN STREE
CHATTANOOGA TN
37414
phone # (423) 624-811?

**Employment history, list name and address of last employer?**

B.F.I WASTE MANAGEMENT
700 MURFISBORRO ROAD
NASHVILLE TN
JOB = DIESEL/HYDRAULIC TECHNICIAN

**List educational level?**

A.A DEGREE, CHATTANOOGA STATE COMMUNITY
COLLEGE. CHATTANOOGA TN.

**List any vocational training?**

1) DIESEL/HEAVY EQUIPMENT SYSTEM MECHANIC
2) ELECTRICAL HYDRAULIC SYSTEM TECHNICIAN
3) BOILER REPAIR TECHNICIAN

**Other documentary evidence for consideration in this review:**

90

106 Fed.Appx. 628, 2004 WL 1831560 (C.A.9)

Briefs and Other Related Documents

This case was not selected for publication in the Federal Reporter.

Please use FIND to look at the applicable circuit court rule before citing this opinion. (FIND CTA9 Rule 36-3.)

United States Court of Appeals,
Ninth Circuit.
**Charanjit SINGH**, Petitioner,
v.
John ASHCROFT, Attorney General, Respondent.
No. **03-72471**.
Agency No. A71-786-358.
Submitted July 23, 2004.<u>FN*</u>

FN* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Decided Aug. 16, 2004.

**Background:** Alien petitioned pro se for review of an order of the Board of Immigration Appeals (BIA) which affirmed an IJ's denial of his applications for asylum, withholding of removal, and relief under the United Nations Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT).

**Holding:** The Court of Appeals held that substantial evidence supported finding that alien did not establish a well-founded fear of persecution required for asylum.
    Petition denied.

West Headnotes

KeyCite Notes 

24 Aliens, Immigration, and Citizenship
    24VII Asylum, Refugees, and Withholding of Removal
        24VII(D) Persecution
            24k521 Standards for Persecution in General
                24k524 k. Well Founded Fear of Future Persecution in General. Most Cited Cases
                (Formerly 24k53.10(3))

    Substantial evidence supported finding that alien did not establish a well-founded fear of persecution required for asylum; alien had converted to a different religion and had limited involvement with political organization over 15 years earlier, but presented no compelling evidence that he was of continued interest and would be persecuted if he returned to his native country. Immigration and Nationality Act, § 101(a)(42)(A), 8 U.S.C.A. § 1101(a)(42)(A).

***629** Charanjit Singh, Forks, WA, pro se.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, District Counsel, Immigration and Naturalization Service, Office of the District Counsel, Seattle, WA, Terri J. Scadron, Esq., Nelda C. Ackerman, U.S. Department of Justice, Washington, DC, for Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

*91*

## MEMORANDUM [FN**]

[FN**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36-3.

**\*\*1** Charanjit Singh, a native and citizen of India, petitions pro se for review of an order of the Board of Immigration Appeals (BIA) affirming the decision of an Immigration Judge denying Singh's applications for asylum, withholding of removal, and protection under the Convention Against Torture (the Convention). The BIA determined that Singh had not met his burden of demonstrating a well-founded fear of persecution. We have jurisdiction pursuant to 8 U.S.C. § 1252. We deny the petition.

An applicant is eligible for asylum if he or she is unable or unwilling to return to his or her country of origin because of a "well-founded fear of persecution on account of race, religion, nationality, membership in a particular social group, or political opinion." 8 U.S.C. § 1101(a)(42)(A). Substantial evidence supports the BIA's determination that Singh did not establish that he faces a well-founded fear of persecution on account of a qualifying ground. Singh has converted to Christianity. Singh had limited involvement with the Sikh Student Federation over fifteen years ago. Singh presented no compelling evidence that he was of continued interest or would be persecuted on account of his race, religion, nationality, or political opinion if he returned to India. See *Cruz-Navarro v. INS,* 232 F.3d 1024, 1029-30 (9th Cir.2000).

Because Singh did not establish eligibility for asylum, he did not satisfy the more stringent standard for withholding of exclusion and deportation. See *Lata v. INS,* 204 F.3d 1241, 1244 (9th Cir.2000). Singh is not entitled to relief under the Convention because he failed to demonstrate that it was more likely than not that he would be tortured upon return to India. See 8 C.F.R. § 208.16(c)(2); *Malhi v. INS,* 336 F.3d 989, 993 (9th Cir.2003).

PETITION FOR REVIEW DENIED.

C.A.9,2004.
Singh v. Ashcroft
106 Fed.Appx. 628, 2004 WL 1831560 (C.A.9)

Briefs and Other Related Documents (Back to top)

• 03-72471 (Docket) (Jul. 1, 2003)
END OF DOCUMENT

Adobe Reader is required to view PDF images.
Get Adobe Reader

(C) 2008 Thomson/West. No Claim to Orig. US Gov. Works.

If you view the    Full Docket    you will be charged for 2 Pages $0.16

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 03-72471 | **Docketed:** 07/01/2003 |
| Singh, et al v. Gonzales | **Termed:** 08/16/2004 |
| **Appeal From:** Board of Immigration Appeals | |

**Case Type Information:**
  1) agency
  2) review
  3) Seattle Western Washington

**Originating Court Information:**
  **District:** INS-1 : A71-786-358
  **Date Filed:** 06/30/2003

| | | |
|---|---|---|
| 06/08/2004 | 43 | Received letter from pro se re: asking the ct for mercy, dated 05/16/04. [STAFFAT] |
| 07/23/2004 | 44 | SUBMITTED TO SCREENING PANEL 379. ( Written) [03-72471] [03-72471] |
| 08/06/2004 | 46 | Received letter from pro se re: allow stay of removal; dated 8/2/04. [Panel] |
| 08/16/2004 | 50 | FILED MEMORANDUM: DENIED 10/7/04 ( Terminated on the Merits after Submission Without Oral Hearing; Other; Written, Unsigned, Unpublished. Otto R. SKOPIL, Jerome FARRIS, Edward LEAVY ) FILED AND ENTERED JUDGMENT. [03-72471] |
| 08/27/2004 | 51 | [5162493] Filed orig & 3 copies petr's Singh petition for rehearing, 5 pgs; no svc date. (Panel) (SERVED resp by clk) [03-72471] |
| 08/30/2004 | 53 | Filed Petitioner Charanjit Singh's motion - petition for rehearing appeal, optional reply br; dated 8/24/04. [Faxed to Panel, had been misdirected to STAFFAT] [03-72471] |
| 09/21/2004 | 56 | Filed order (Otto R. SKOPIL, Jerome FARRIS, Edward LEAVY): The petition for rehearing is DENIED. [03-72471] |
| 10/04/2004 | 58 | MANDATE ISSUED [03-72471] |
| 10/04/2004 | 60 | Rec'd notice of change of address from Charanjit Singh dated 9/29/04. [new address: Tacoma Detention Center, 1623 East J St., Tacoma, WA 98421] [03-72471] |
| 03/09/2005 | 61 | NO ORIGINAL RECORD |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/29/2008 22:43:00 | | |
| **PACER Login:** | ux3449 | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 03-72471 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

93

XLO28                  DACS CASE COMMENTS LOOK SCREEN
                                                        DATE: 03/31/2008
                                                        TIME: 16:37:40

        A-NUM: 077062688                  LAST NAME: SESAY
     NATLTY: SIERR                       FIRST NAME: IDRISA

   COMMENT 1: CENF: 3/28/07 FINGERPRINTS TAKEN AND SUBMITTED TO FBI. R.E.
             CENF:04/05/07-NXT SCHED CRT 05/31/07.SRV.

   COMMENT 2: CENF: SUBJ TD REQ FORWARDED TO CONSULATE OF SIERRA LEONE ON
             05/10/2007. AFILE TO AWTNG TD. ESR

 ✳ COMMENT 3: CENF: 6/13/07 SUBJ PHONE-INTVWD BUT CONSUL MESALI BUT CLAIMS
             FROM SUDAN; CONSUL DIDN'T BELIEVE HIM//AWAITS RESPONSE//AP.

 ✳ COMMENT 4: CENF: 6/25/07 PER TELCON W/ CONSUL MESALI NOT CONVINCED THAT
             SUBJ IS FR SUDAN AS CLAIMED//AWAITS CALL FROM MESALI FOR DEC


   HIT PF1 OR PF2 TO SEE MORE INFORMATION
   HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

DAXLO28                DACS CASE COMMENTS LOOK SCREEN               DATE: 03/31/2008
                                                                    TIME: 16:37:45

        A-NUM: 077062688               LAST NAME: SESAY
        NATLTY: SIERR                  FIRST NAME: IDRISA

COMMENT 1: CENF: ISION//SENT TD ASSIST.REQUEST TO HQTDU//AP.
           7/23/07 LEFT VOICEMAIL TO SIERRA LEONE EMBASSY/MESALI FOR

   COMMENT 2: CENF: TRAVEL DOC INQUIRY//FILE TO POCR//AP.
              CENF: 7/25/07 FILE W/POCR FOR 90-DAY REVIEW DUE ON OR ABOUT

   COMMENT 3: CENF: 8/10/07.SUBJ SERVED W/NOTICE.

COMMENT 4: CENF: 8/12/07 POCR COMPLETED W/RECOMMENDATION FOR CON'T
           DETENTION DUE TO DANGER TO COMMUNITY AND FLT RISK. FILE TO


   HIT PF1 OR PF2 TO SEE MORE INFORMATION
   HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

DAXL028                    DACS CASE COMMENTS LOOK SCREEN            DATE: 03/31/2008
                                                                    TIME: 16:37:48

        A-NUM: 077062688              LAST NAME: SESAY
      NATLTY: SIERR                   FIRST NAME: IDRISA

COMMENT 1: CENF: DFOD FOR SIGNATURES.
           CENF: 8/23/07 RECEV'D FILE FROM DFOD W/CONCURRANCE FOR CON'T

COMMENT 2: CENF: DETENTION. FILE TO REMOVAL OFFICER FOR CONTINUED RE-
           MOVAL EFFORTS. SUBJ SERVED W/COPY OF DECISION.

COMMENT 3: CENF: IF SUBJ HASN'T BEEN REMOVED BY 10/6/07, FILE NEEDS TO
           BE FWD BACK TO POCR OFFICER FOR 180-DAY REVIEW.

COMMENT 4: CENF: 8/31/07 PER MARJORIE/CONSULATE, MR MESALI IS ABSENT,
           HASN'T UPDATE FILE REG ISSUANCE OF TD//AP.


HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

DAXLO28                      DACS CASE COMMENTS LOOK SCREEN                      DATE: 03/31/2008
                                                                                TIME: 16:38:54

         A-NUM: 077062688              LAST NAME: SESAY
         NATLTY: SIERR                 FIRST NAME: IDRISA

COMMENT 1: CENF: 9/6/07 PER MESALI/CONSULATE HIS OFFICE IS NOT YET
           READY TO ISSUE.

COMMENT 2: CENF:10/10/2007.LEFT MESSAGE W/CONSULATE MESALI REQUESTING
           TD UPDATE. WEP.

COMMENT 3: CENF:10/10/2007. FILE SENT TO POCR FOR 180 REVIEW. WEP.

COMMENT 4: CENF:11/19/2007. SUBJ INTERVIEW TODAY AND STILL CLAIMS HE IS
           FROM SUDAN. HE WANTS TO APPLY FOR SUDAN, I TOLD HIM THAT I

HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

*100*

DAXLO28 DACS CASE COMMENTS LOOK SCREEN DATE: 03/31/2008
TIME: 16:38:02

A-NUM: 077062688 LAST NAME: SESAY
NATLTY: SIERR FIRST NAME: IDRISA

COMMENT 1: WOULD SEND REQUEST TO SUDAN CONSULATE BUT HE NEEDED TO
PROVIDE PROOF OF CITIZENSHIP. BECAUSE IJ ORDER STATES SIERRA

COMMENT 2: LEONE AND THATS WERE THE SERVICE BELIEVES HE IS FROM. WEP

COMMENT 3: CENF:11/20/2007. A-FILE SENT TO POCR. FAILURE TO COMPLY CASE
WEP.

COMMENT 4: CENF:11/27/2007. SUBJ WAS INTERVIEWED TODAY AND INFORMED
THAT HE NEEDED TO SUBMIT PROOF THAT HE IS FROM SUDAN. WEP.

HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

*101*

DAXLO28                  DACS CASE COMMENTS LOOK SCREEN           DATE: 03/31/2008
                                                                 TIME: 16:38:06

          A-NUM: 077062688              LAST NAME: SESAY
        NATLTY: SIERR                  FIRST NAME: IDRISA

COMMENT 1: CENF: 12/04/07 A NEW POCR WITH A NOTICE OF FAILURE TO COMPLY
           WERE COMPLETED SINCE SUBJ. IS HAMPERING REMOVAL.//

COMMENT 2: CENF: 12/10/07 SUBJ. CONT'DETENTION WAS APPROVED BY THE AFOD
           DUE TO SUBJ. FAILURE TO COMPLY.//

COMMENT 3: CENF: 12/11/07 SUBJ. SERVED W/NOTICE OF FAILURE TO COMPLY,
           SAME DAY FILE FWD TO REMOVAL OFFICER FOR FURTHER ACTION,

COMMENT 4: CENF: UNTIL SUBJ. COMES INTO COMPLIANCE.///


HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

162

```
DAXL028                 DACS CASE COMMENTS LOOK SCREEN        DATE: 03/31/2008
                                                             TIME: 16:38:08


        A-NUM: 077062688              LAST NAME: SESAY
       NATLTY: SIERR                 FIRST NAME: IDRISA

COMMENT 1: CENF:12/31/2007. RESP SERVED W/I-229. WEP.


COMMENT 2: CENF:2/1/2008. A-FILE FORWARD TO AUSA SAM BETTY. WEP.


COMMENT 3: CENF: 02/1/2008. RESP SERVED W/I-229. SUBJ NOW STATES HE
           WILL COMPLETE PP APP FOR SIERRA LEONE AND SUDAN. SAYS HE

COMMENT 4: CENF: WILL GO TO SIERRA LEONE SO LONG AS WE TRY TO GET TD
           FOR SUDAN. WEP.




HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```

*103*

DAXLO28                    DACS CASE COMMENTS LOOK SCREEN              DATE: 03/31/2008
                                                                      TIME: 16:38:09

        A-NUM: 077062688              LAST NAME: SESAY
        NATLTY: SIERR                FIRST NAME: IDRISA

COMMENT 1: CENF:2/20/2008. TD PACKAGE SENT TO SIERRA LEONE AND SUDAN
           CONSULATE OFFICE. WEP.

COMMENT 2: CENF:3/03/2008. VIOCE MESSAGE LEFT ON CONSUL MESALI
           ANSWERING MACHINE REQUESTING TD UPDATE AND RETURN CALL. WEP.

COMMENT 3: CENF:03/03/2008. REC LETTER FROM THE EMBASSY OF SUDAN DATED
           2/26/2008. LETTER STATES RESP IS NOT A SUDAN CITIZEN, RESP

COMMENT 4: WAS PROVIDED W/A COPY OF LETTER AND A SIGNED COPY WAS PLACED
           IN A-FILE. WEP.

HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

*104*

DAXLO28                     DACS CASE COMMENTS LOOK SCREEN              DATE: 03/31/2008
                                                                       TIME: 16:38:10

        A-NUM: 077062688                    LAST NAME: SESAY
        NATLTY: SIERR                      FIRST NAME: IDRISA

COMMENT 1: CENF:03/17/2008. PER TELCON W/CONSUL SHEKU,TD NOT READY SAID
           HE WILL REVIEW CASE AND CALL ME BACK. 1-202-939-9261. WEP.

COMMENT 2: CEN3/31/2008.VIOCE MESSAGE LEFT FOR CONSUL SHEKU, REQUESTING
           TD UPDATE AND RETURN CALL.WEP.

COMMENT 3:

COMMENT 4:


HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
LAST PAGE DISPLAYED

105

# POST ORDER CUSTODY REVIEW WORKSHEET

**Detainee Name:**   SESAY, Isidra

**AKA(s):**   **Mikey Jabbar**

**Date of Birth:**   11/02/1965        **A Number:**   77 062 688

**Place of Birth:**   Sierra Leone      **Nationality:**   Sierra Leone

**Date of Last Arrival:** 07/26/1986      **Place of Arrival:** New York, New York

**Status at Last Entry:** Nonimmigrant      **Last Date into ICE Custody:** 10/27/2006

**Entered ICE Custody from:**        ☒ **Local, State, or Federal Institution**
**Institution Name/Location: Correctional Training Facility, Soledad, California**
**BOP/ Institution Numbers:**

☐ **Other:**

**(A) Deportation Case Officer:** John Thomas        **Review Date:** 11/20/2007
        **Contact Phone #:**      (619) 710-8370

**ICE Location Detained and DCO:** Otay Detention Facility in San Diego, California

## Deportation/Exclusion/Removal Proceedings

**List all Charges:**   ☒   Section 237 (a)(1)(B), (a)(2)(A)(iii)
          ☐   Section 212 (a)
          ☐   Section 241 (a)

☒ Under <u>Final Order</u> dated: <u>May 10, 2007</u> by ☒ IJ ☐ BIA ☐ Other:

☒ Appeal Waived/Appeal Time Elapsed

Habeas filed: ☐ Yes/ Date & Location filed        ☒ No

Stay Issued in Case: ☒ No ☐ Yes/Why and Who Issued

## Legal Representative / Attorney

**G-28 Filed:**   ☐ Yes   ☒ No

**Notification of Review Made:** ☒ No   ☐ Yes **By:**

**Name of Representative / Attorney:**

**Mailing Address:**        **Telephone Number:**

**Present during interview:**   ☐ Yes ☒ No
(Rev. 1/19/05)        Page 1

*106*

**Immigration History:** (Prior ICE arrest[s]/parole/bond/custody information/adjustment/benefits granted (TPS, DED, withholding, etc.)

SESAY was admitted into the United States on July 26, 1986, at New York, New York as a nonimmigrant visitor with authorization to remain in the U.S. for a period not to exceed January 26, 1987.  On October 24, 2006, the Immigration and Customs Enforcement (ICE) served SESAY with a Notice to Appear charging him as removable from the United States under Sections 237(a)(1)(B), and 237(a)(2)(A)(iii) of the Immigration and Nationality Act (INA).  On May 10, 2007, an Immigration Judge (IJ) ordered SESAY removed from the United States to Sierra Leone.  Both parties waived appeal.

**NCIC Checks:**        ☒ Criminal History        ☐ No Record Found
                        (State and Federal)

**Criminal History:** (list convictions, sentence, date, court, and include a summary of other NCIC arrests, failures to appear, etc.)

10/26/2004 – Sexual Battery by Restraint (Felony)- Sentence: 4-year incarceration.

01/21/1999 – False Report Crime to Specifics PO's (Misdemeanor)– Sentence: 36-months
                probation and 30-days jail.

(DO NOT FORWARD A COPY OF THE NCIC PRINTOUT TO HQCDU)

*107*

## Institutional / Disciplinary Record

**Did the detainee have prior Disciplinary Reports?**  ☐ Yes  ☒ No

    If Yes, List & Describe:

    Source:

**Disciplinary reports and incidents while in ICE Custody?**  ☐ Yes  ☒ No

    If Yes, List & Describe:

    Source:

## Specifics of Review

**Date of File Review**: 08/12/2007

**Date of Detainee Interview**: (optional)

**Location of Interview**:

**Reviewing/Interviewing Officer**: #1: John Thomas

                         #2:

**Interpreter Used:** (If subject was interviewed)  ☐ Yes  ☐ No
**Name:**
**Language/Dialect:**

**Discussion at interview/review:**

No interview conducted, only file review.

*108*

**Travel Document Status/History:**

List aliens attempts to get travel documents and status (to include any actions alien has taken to *prevent* removal, and date of service of I-229 (a) and Instruction Sheet to Detainee):

List ICE's attempts to obtain a travel document and status:

On May 11, 2007, the Removal Unit mailed a travel document request to the Consulate of Sierra Leone in Washington, D.C.

On June 13, 2007, the Consular Official for Sierra Leone conducted a telephonic interview of SESAY but without determining citizenship.

On June 25, 2007, SESAY claims he is from the Sudan, but the Consular Official doesn't believe him. A request from HQTDU was initiated.

On July 23, 2007, a voicemail was left with the Sierra Leone Embassy. No further response has been received.

*109*

**Does the detainee have a place to live in the United States?**  ☒ Yes  ☐ No
    Describe:    728 Frawley Road  (423) 892-1440
                    Apt. 1009
                    East Ridge, (Chattanooga) TN. 37412

**Is the detainee subject to any parole or probation requirements?**  ☒ Yes  ☐ No
    Describe:    E. Richmond
                    320 W. 4th St. Ste1000
                    Los Angeles, CA. 90013 (213) 576-6500

**Does the detainee have close family ties within the United States?**  ☒ Yes  ☐ No
    Describe:    Teena G. Case (common-law wife)    John K. Edwards (240) 304-8921
                    728 Frawley Road  (423) 892-1440    6735 New Hampshire
                    Apt. 1009    Apt 304
                    East Ridge, (Chattanooga) TN. 37412    Takoma Park, Maryland 20912

**Does the detainee have community ties or non-governmental sponsors?**  ☒ Yes  ☐ No
    Describe:    Church of the Living God
                    2350 University Blvd
                    East Adelphi, Maryland 20783
                    Pastor Samuel Cole

**Does the detainee have any employment prospects?**  ☒ Yes  ☐ No
    Describe:    B.F.I. Waste Service LLC    Boiler Makers Local 656
                    1018 E. 38th St.    1011 Bachman St.
                    Chattanooga, TN. 37401    Chattanooga, TN. 37414 (423) 624-8113
                    (423) 867-4650

**What is the detainee's employment history?**
    Describe:    B.F.I. Waste Service LLC
                    700 Murfis Board Rd.
                    Nashville, TN. 37401 (Diesel /Hydraulic Technician

**What is the detainee's educational level?**
    Describe:    A.A. Degree from Chattanooga State community College

**Does the detainee have any vocational training?**  ☒ Yes  ☐ No
    Describe:    Diesel/Heavy Equipment System Mechanic
                    Boiler Repair Technician
                    Electrical Hydraulic System Technician

**Has the detainee submitted any evidence of rehabilitation, courses while in prison, etc?**
    Describe:

## Medical/Psychological Concerns

**Does the detainee have any medical or psychological issues:**  ☐ Yes  ☒ No

**Description (to include Date and Source):**

110

**Other documentary evidence for consideration in this review (include any documentation submitted by detainee):**

> None provided.

## <u>Special Circumstances Concerns</u>

**Does the detainee appear to meet any of the criteria of 8 CFR 241.14 for continued detention?**

☒ **No**          ☐ **Yes (indicate below):**

☐   Aliens with a Highly Contagious Disease that is a Threat to Public Safety [8 CFR § 241.14(b)].

☐   Aliens Detained on Account of Serious Adverse Foreign Policy Consequences of Release [8 CFR § 241.14(c)].

☐   Aliens Detained on Account of Security or Terrorism Concerns [8 CFR § 241.14(d)].

☐   Detention of Aliens Determined to be Specially Dangerous [8 CFR § 241.14(f)].  Aliens who pose a threat to the public because they have committed a crime of violence, have a mental disorder and behavior associated with the disorder, and are likely to be violent in the future.

**All cases that may possibly meet any of these provisions must be coordinated with HQCDU per existing guidance.**

///

## Officer Comments/Analysis & Recommendation

SESAY is a 41-year-old male native and citizen of Sierra Leone who was admitted into the United States on July 26, 1986, at New York, New York as a nonimmigrant visitor with authorization to remain in the U.S. for a period not to exceed January 26, 1987. On October 24, 2006, the Immigration and Customs Enforcement (ICE) served SESAY with a Notice to Appear charging him as removable from the United States under Sections 237(a)(1)(B), and 237(a)(2)(A)(iii) of the Immigration and Nationality Act (INA). On May 10, 2007, an Immigration Judge (IJ) ordered him removed from the United States to Sierra Leone.

A review of SESAY's A-file reveals a conviction for "Sexual Battery by Restraint," for which he was sentenced to a 4-year prison term. This crime reportedly involved SESAY performing sexual acts on a developmentally disabled adult with the mental capacity of a thirteen year-old child. According to the Los Angeles County Sheriff's report, there may have been other instances where SESAY was accused of this type of behavior. Aside from this disturbing crime, is the fact that SESAY chose to leave the state in which this investigation was being conducted, thus appearing to flee possible prosecution.

ICE Removal officers have requested assistance from HQTDU and are still awaiting response from the Consulate General of Sierra Leone on the issuance of a travel document. It appears that SESAY has possessed a valid Sierra Leone passport in the past, and the ICE Removal Unit will continue to make efforts to secure a travel document in this case.

Based on the nature of his past conviction, the propensity for future criminal misconduct, and the likelihood that he may abscond, SESAY is deemed to be a danger to the community; as well as a flight risk, if released. It is therefore recommended that SESAY remain in custody at this time.

| | | |
|---|---|---|
| Reviewing Officer #1 | Date: | |
| Name/Title:    Kent D. Haroldsen - SDDO | Signature: | |

| | | |
|---|---|---|
| Reviewing Officer #2 | Date: | |
| Name/Title:    Eddie C. Johnson - SDDO | Signature: | |

| | | |
|---|---|---|
| Supervisory Reviewing Officer | Date: | |
| Name/Title:    John A. Garzon - AFOD | Signature: | |

## DECIDING OFFICIAL'S CUSTODY DETERMINATION

☐    RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☐    CONTINUE IN CUSTODY - RETAIN CUSTODY JURISDICTION

☐    CONTINUE IN CUSTODY - REFER TO HQCDU

Comments:

ICE Field Office:

Signature of Field Office Director:_____    Date: _____

Deciding Official Name:

112