UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRISA SESAY, | ) |
| | ) Case No. 07CV2354-JM  (LSP) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) CERTIFICATE OF SERVICE |
| MICHAEL CHERTOFF, et al., | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

Counsel for Petitioner certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing Petitioner's Memorandum of Law and Proposed Plan Re: Discovery has been electronically served this day upon:

Samuel W. Bettwy, Assistant United States Attorney
880 Front Street
San Diego, CA  92101
samuel.bettwy@usdoj.gov


Dated: May 23, 2008             /s/  James  Fife
                                JAMES FIFE
                                Federal Defenders
                                225 Broadway, Suite 900
                                San Diego, CA 92101-5030
                                (619) 234-8467  (tel)
                                (619) 687-2666  (fax)
                                james_fife@fd.org