1 | KAREN P. HEWITT
United States Attorney
2 | RAVEN M. NORRIS
Assistant U.S. Attorney
3 | California State Bar No. 232868
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-7157
Facsimile: (619) 557-5004

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRISA SESAY, | Case No. 07 cv 2354 JM (LSP) |
| Petitioner, | |
| v. | NOTICE OF APPEARANCE |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as co-counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

**Samuel W. Bettwy, Esq.**

**Caroline Clark, Esq.**

///

///

1  Effective this date, the following attorneys are no longer associated with this case and should
2  not receive any further Notices of Electronic Filings relating to activity in this case:
3  Name (If none, enter "None" below)
4     None
5  Please call me if you have any questions about this notice.

6
7  Dated:   May 29, 2008                              Respectfully submitted,

                                                                  KAREN P. HEWITT
8                                                                    United States Attorney
9
10                                                                  s/ Raven M. Norris
                                                                 RAVEN M. NORRIS
11                                                                 Assistant U.S. Attorney
                                                                Attorneys for Respondents
12                                                                 Email: Raven.Norris@usdoj.gov

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
California State Bar No. 232868
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7157
Facsimile: (619) 557-5004

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRISA SESAY, | Case No. 07cv 2354 JM (LSP) |
| Petitioner, | CERTIFICATE OF SERVICE |
| v. | |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

IT IS HEREBY CERTIFIED THAT:

    I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    **James Fife, Esq.**

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on May 29, 2008

                                              s/ Raven M. Norris
                                              RAVEN M. NORRIS