1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6
   Attorneys for the Respondents
7

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| IDRISA SESAY, | ) | Case No. 07 cv 2354 JM (LSP) |
| | ) | |
| Petitioner, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as co-counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20      The following government attorneys (who are admitted to practice in this court or authorized to

21  practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

22  for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this

23  case:

24      <u>Name</u> (If none, enter "None" below)

25         Samuel W. Bettwy, Esq.

26         Raven M. Norris, Esq.

27  ///

28  ///

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

Please call me if you have any questions about this notice.

Dated: May 29, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Caroline J. Clark

_____
CAROLINE J. CLARK
Assistant U.S. Attorney
Attorneys for Respondents
Email: caroline.clark@usdoj.gov

KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRISA SESAY,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Respondents. | Case No. 07cv 2354 JM (LSP)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, Caroline J. Clark, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    **James Fife, Esq.**

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on May 29, 2008

                                              s/ Caroline J. Clark
                                              CAROLINE J. CLARK