```
 1  KAREN P. HEWITT
    United States Attorney
 2  SAMUEL W. BETTWY
    Assistant U.S. Attorney
 3  California State Bar No. 094918
    CAROLINE CLARK
 4  Assistant U.S. Attorney
    California State Bar No. 220000
 5  RAVEN M. NORRIS
    Assistant U.S. Attorney
 6  California State Bar No. 232868
    U.S. Attorney's Office
 7  Federal Office Building
    880 Front Street, Room 6293
 8  San Diego, California 92101-8893
    Telephone: (619) 557-7119 / 7491 / 7157
 9  Facsimile:  (619) 557-5004

10  Attorneys for Respondents
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRISA SESAY, | Case No. 07cv2354 JM (LSP) [A77 062 688] |
| Petitioner, | |
| v. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | |
| Respondents. | |

**EXHIBIT**

**Resume of Richard Andrew Lobban, Jr., PhD**

CURRICULUM VITA                                                                    (updated to 25 May 2005)

**Richard Andrew Lobban, Jr.**                                 Office:  401-456-8784
**Department of Anthropology**                            Sec't.:  401-456-8005
**Rhode Island College**                                         Home:  401-467-2857
**Providence, Rhode Island**                                 SSN # :
**02908, USA**                                                          FAX:     401-461-0907

## FORMAL EDUCATION

1973   NORTHWESTERN University, Evanston, Illinois, Ph.D.,  ANTHROPOLOGY;
         dissertation topic: <u>Social Networks in the Urban  Sudan</u>,
         (This was the Second Prize Winner, Munger Africana Library Thesis Competition).
1968   TEMPLE University, Philadelphia, Penna., M.A. ANTHROPOLOGY,
         M.A. Thesis: <u>Marriage, Divorce, and West African Urbanization</u>.
         (This was the first graduate degree awarded by Temple University, Dept. of Anthropology).
1966   BUCKNELL University, Lewisburg, Penna., B.S. BIOLOGY,

## EMPLOYMENT

2005-present, Adjunct Professor of African Studies, Naval War College, Newport RI
2006-2008, Professor and Chair of the Department of Anthropology
2004, Sabbatical year, Writing on four books, lecturing and research in Sudan and Egypt, travel to
         Cameroon, Trinidad, Paris, London, and Moscow and Khartoum.
2003   Acting Director of the Program of African and Afro-American Studies
2002   Summer Chair of the Department of Anthropology
1997   Research in Aswan, Egypt and Sabbatical Year, work on three contracted books)
1991-96 Director, Program of African and Afro-American Studies, Rhode Island College
              Professor of Anthropology.
1990    (Sabbatical Year)
         a  Visiting Researcher, University of Tours, France, URBAMA, Center for Urban
             Research in the Arab World
         b  Visiting Professor, Dartmouth College,  taught African Ethnography
         c  Research Grantee of AIMS, the American Institute of  Maghreb Studies,
             affiliated with CEMAT, Centre des  Etudes Maghrebines a Tunis, Tunisia
1984-89 Director, Program of African and Afro-American Studies, Rhode Island College
1986     Visiting Lecturer, University of Pittsburgh, Semester at Sea Program, Spring term.
1984-    Appointed Professor of Anthropology, Rhode Island College.
1982-1984  Visiting Senior Research Associate and Head, Urban Development Unit,
             Social Research Center, American University in Cairo, Cairo, Egypt
1981-1982  Fellow, National Endowment for the Humanities.
1979-1980  Research Associate, University of Khartoum, Sudan.
1978-1984  Associate Professor of Anthropology, Rhode Island  College.
1973-1978  Assistant Professor of Anthropology, Rhode Island College.
1972-1973  Instructor of Anthropology, Rhode Island College.
1970-1972  Research Associate, Department of Social Anthropology,
             University of Khartoum, Khartoum, Sudan
1968 & 69  Instructor in Anthropology, Bucknell University (summers)
1968-1969  Assistant in Anthropology, University of Illinois,
             Chicago Circle Campus

## PUBLICATIONS (Books, Monographs, and Articles)

1970 "Urban Studies and Bibliography on Urbanization in the Sudan," *African Urban Notes*, Michigan State University, March, pps. 37-46.

1971 "The Historical Role of the Mahas in the Urbanization of the Sudan's Three Towns," *African Urban Notes*, Michigan State University, Special Issue on Sudan Urban Studies, Sondra and Gerry Hale (eds.), pps 24-38.

1972a "Two Urban Communities in the Three Towns," *African Urban Notes*, 6(2).
   b "Eritrean Liberation Front: a close-up view," *Munger Africana Library Notes*, Number 13, 20pps.

1974a "Guinea-Bissau: 24 September and Beyond," *Africa Today*, 21(1): 15-24.
   b "National Integration and Disintegration: the southern Sudan," in, *Three Studies on National Integration in the Arab World*, Association of Arab-American University Graduates, Information Papers, No. 12, March, 14-27 pps.

1975 "Alienation, Urbanization, and Social Networks in the Sudan," *Journal of Modern African Studies*, 13(3): 491-500.

1976a "'Tribe': a socio-political analysis," *Ufahamu*, African Studies Center, UCLA, VII (1): 143-165, (with C. Fluehr-Lobban and L. Zangari).
   b "The Eritrean War: Issues and Implications," *Canadian Journal of African Studies*, X(2): 335-346.

1977a Monograph Guest Editor, "Studies in African Urbanization: class formation," Special Issue of *The International Journal of Sociology*, VII(2), 120 pps.
   b "The Dialectics of Migration and Social Association in the Urban Sudan," *International Journal of Sociology*, VII (2): 99-120.

1978a "American Mercenaries in Rhodesia," *Journal of Southern African Affairs*, III (3): 319-325.
   b "The Sudan", chapter in The Arab World: a handbook, Association of Arab-American University Graduates, Monograph Series, Number 9, (with C. Fluehr-Lobban). 165-172 pps.
   c Slavery in New England, Race and Reason: Journal of the Afro-American Studies Center, Brown University. II(1): 1-6.

1979a Historical Dictionary of the Republics of Guinea-Bissau and Cape Verde, African Historical Dictionary Series, Number 22, The Scarecrow Press: Metuchen, NJ, 193 pps.
   b Class, Endogamy, and Urbanization in the "Three Towns" of the Sudan, African Studies Review, XXII(3):99-114.

1981a Guest Co-Editor, The Sudan: 25 Years of Independence, Special Issue of *Africa Today*, University of Denver, 28 (2), (with C. Fluehr-Lobban), 128 pps.
   b "The Law of the Elephants and the Justice of Monkeys," Africa Today, 28(2): 87-95.

1982a "Class and Kinship in Sudanese Urban Communities," Africa, University of Manchester, UK, 52(2): 51-76.
   b "Sudanese Class Formation and the Demography of Urban Migration," chapter in H.I. Safa (ed.) Toward a Political Economy of Urbanization in Third World Countries, Oxford University Press.
   c "Urbanization and Malnutrition in the Sudan," Northeast African Studies, Michigan State University, 4(1): 9-18.

1983a "A Genealogical and Historical Study of the Mahas of the 'Three Towns', Sudan," The International Journal of African Historical Studies, (Boston University), 16(2): 231-262.
   b Editor, Monograph, Urban Research Strategies in Egypt, Cairo Papers, (American University in Cairo), 6(2), 127 pps.
   c "Urban Research Strategies," Cairo Papers, 6(2): 107-114.

1984 "A Genealogical and Historical Study of the Mahas in the Sudan," Sudan Notes and Records, 61: 89-109.

1985a "Nutritional Health and the Urbanization of the Sudan," Collegium Antropologicum, (Yugoslavia), 9(1):113-118.

    b "Sudanese Class Formation and the Demography of Urban Migration," in, N.S. Hopkins and S.E. Ibrahim (eds.), <u>Arab Society: Social Science Perspectives</u>, Columbia University Press/ American University in Cairo Press, pps. 163-176 (reprint of my 1982 article).

    c "Patterns of Cape Verdean Migration and Social Association: history through obituary analysis," <u>New England Journal of Black Studies</u>, Number 5: pps. 31-45.

1986a "Families, Gender and Methodology in the Sudan," in, T. Whitehead and M. Conaway (eds.), <u>Self, Sex, and Gender in Cross-Cultural Fieldwork</u>, University of Illinois Press, (with C. Fluehr-Lobban), 182-195 pps.

    b "Cape Verdean Life Expectancy," <u>Rhode Island Medical Journal</u>, 69(1): 23-26, (with W. Coli and R.J. Tidwell). [reprinted in <u>Cape Verde News</u>, 1 Jan. 1987, p. 1]

1987a "Marxist Epistemology in Anthropology: some perspectives," in C. Fluehr-Lobban (ed.), <u>Essays in Marxist Anthropology</u>, Ethnographisch-Archaologische Zeitschrift (Humboldt University, GDR).

    b "Drink From The Nile And You Shall Return: children and anthropological fieldwork in Egypt and the Sudan," Chapter in, J. Cassels, (ed.), <u>Children in the Field</u>, Temple University Press, (with C. Fluehr-Lobban), pps. 237-255

    c "Rise of the Ancient State on the Upper Nile, Sudan," <u>Proceedings of the International Conference on the Centennial of Engels'</u> *Rise of the Family, Private Property, and the State*, Dresden, GDR.

    d Series of three booklets on Cape Verdean Culture and History, Rhode Island Heritage Commission; Number One: "A History of the Cape Verde Islands"; Number Two: "Cape Verdean Culture and Literature"; Number Three: "Slavery in Cape Verde and Amilcar Cabral."

1988a <u>Historical Dictionary of the Republic of Cape Verde</u>, Scarecrow Press, (with Marilyn Halter), Fully revised and expanded second edition of my 1979 book.

    b <u>Historical Dictionary of the Republic of Guinea-Bissau</u>, Scarecrow Press, (with J.Forrest), Revised and expanded second edition of my 1979 book.

1989a "Marxist Epistemology in Anthropology: some perspectives," in C. Fluehr-Lobban (ed.), <u>Discussions in Marxist Anthropology</u>, Marxist Education Press, University of Minnesota, pps.55-71.

    b "An Anthropological Couple: marriage, methods, and models." (with C. Fluehr-Lobban,) in, <u>Focaal, Tydschrift Voor Antropologie</u>, Amsterdam, Holland; No. 10, Winter, pps. 45-53.

    c "Cattle and the Rise of The Egyptian State." <u>Anthrozoos: a multidisciplinary journal of interactions of Peoples, Animals, and Environment</u>, 2 (3): 194-201.

    d "Ethnogenesis in Africa: some models," <u>Reviews in Anthropology</u>, Volume 16(1): pps. 245-255, Winter 1989.

    e "Columbus in Africa and Cape Verde," <u>Cape Verde News</u>, 11(15): 2,3,7

1990a <u>Cape Verdeans in Rhode Island</u>. Booklet with Waltraud Coli, Rhode Island Heritage Commission., Providence

    b Editor, <u>New England Journal of Black Studies</u>

    c "Sir Francis Drake Attacks Cape Verde," <u>Cape Verde News</u>, 12(5): 1,6

    d "Charles Darwin Visits Cape Verde," <u>Cape Verde News</u>, 12(6): 8,9.

    e "Vasco da Gama stops at Cape Verde," <u>Cape Verde News</u>, 12(13): 1, 10.

1991a Pigs: their rise and fall in the ancient Nile valley. Proceedings of the Second International Sudan Studies Conference, Durham, England, 8-11 April 1991, pps. 71-88.

    b "The Lindberghs Stop in Cape Verde," <u>Cape Verde News</u>, 13(13): 2.

    c Pre-Columbian African Maritime Traditions. Paper presented at The Baruch College Symposium on African and Afro-American Civilization.

    d The Urban Informal Sector: the case of Tunis. Paper presented at the November meetings of the Middle East Studies Association, Washington, DC

1992a Historical Dictionary of the Sudan. (2nd ed.). <u>with</u> Carolyn Fluehr-Lobban, and John Voll, Scarecrow Press: Metuchen, NJ.

    b "Democracy in Cape Verde," two part series, <u>Providence Journal</u>, 1/2 October.

    c "AIDS in Cape Verde: a status report." <u>Cape Verde News</u>, 14 (19): 1,3.

1993a "Ancient Africa to the 15th century."  First two chapters in <u>Africans in the Americas</u>  M. L. Conniff, and T.J. Davis (eds.), St Martin's Press: New York.
1994a  "Pigs and Their Prohibition." <u>International Journal of Middle East Studies</u> , 26(1):57-75.
   b  "Bees in Ancient Egypt." <u>Anthrozoos</u>, VII(3): 160-165.
   c  "Problems and Strategies in the Decipherment of Meroitic." <u>Northeast African Studies</u>, Vol. 1, (2-3) New Series: 159-164.
1995a  Historical Dictionary of the Republic of Cape Verde, (3rd Edition), Scarecrow Press, with Marlene Lopes.
   b <u>Cape Verde: Crioulo Colony to Independent Nation</u>, Westview  Press: Boulder, CO.
   c "Was Mathias de Sousa the First Cape Verdean in America?"  <u>Cape Verde News</u>.
1996a  "A Synthesis of Cape Verdean Culture and History. <u>Cimboa,</u> Vol.1, No. 1, Cape Verdean Consulate, Boston.  pps. 5-9.
   b <u>Historical Dictionary of the Republic of Guinea-Bissau</u>, (3rd Ed.), Scarecrow Press, with Peter Karibe Mendy.
   c  "The Sudan," [Main Country Entry] <u>Africa Contemporary Record</u> (1989-90), with Carolyn Fluehr-Lobban. Vol 22, pps. 452-465. Holmes and Meier: New York.
   d  "Yesterday's Maps, Today's Tragedies," <u>Providence Journal</u>,  Main Op-Ed, 5 December.
   e  "Concepts of Race and Ethnicity in the Nile Valley,"  Paper presented at the Middle Eastern  Studies Association meetings,  Providence
   f  "Foreign Relations of Dyansty XXV,"  Paper presented at the Meroitic Studies Coinference, British Museum, London
1997a  "Responding to Middle Eastern Urban Poverty: The Informal Economy in Tunis." in, Michael Bonine, (ed.) <u>Population, Poverty, and Politics in  Middle East Cities</u>. University of Florida Press., pps. 85-112.
   b  Main entry on "The Shilluk," <u>Worldmark Encyclopedia of  Cultures and Daily Life</u> (in press, pps. 329-332)
   c  Main entry on "Cape Verdeans," <u>Worldmark Encyclopedia of Cultures and Daily Life</u> (in press, pps. 69-72).
   d  Main entry on "The Sudan in 1996," <u>Colliers Encyclopedia.</u>
   e  "Jews in Cape Verde and West Africa." <u>Cimboa.</u>
   f  "Bulls, and the W$_3$s-scepter in Ancient Egypt and Sudan." <u>Anthrozoos</u>, 10(1): 14-22. (with Michael Sprague).
   g  "The Africa Squadron in Cape Verde."  <u>Cimboa.</u>
   h  "Africa Divided"  <u>Mercator's World</u>, November-December, Vol 2, No. 6.
1998 a  <u>Middle Eastern Women in the "Invisible" Economy</u>, (R.Lobban editor),  University of Florida Press: Gainesville.
   b  "Charles Darwin in Cape Verde". <u>Cimboa.</u>
   c  "Geography of the Bible"  *Mercator's World*, January-Febraury, 3(1):78.
   d  "Jews in Ancient Africa." *RI Jewish Historical Notes*, Vol. 12, No. 4, November 1998.
   e  "Guinea-Bissau: Issues and Implications." *Chronicles Visão*,  Vol. 1, pps. 1,7, Dezembro 1998.
   f.  "Pigs in Ancient Egypt."  <u>Ancestors for the Pigs, Pigs in Prehistory</u>, <u>MASCA Research Papers in Science and Archaeology</u>, Vol. 15, 1998, pps. 137-148.
1999
   a.  "A Solution to the Mystery of the W$_3$s Sceptre of Ancient Egypt and Nubia," <u>KMT: A modern Journal of Ancient Egypt</u>. 10(3): 68-77, Fall.
   b.  "The Shilluk"  Entry in the *Encyclopedia of Cultures and Daily Life*, Eastword Publications, 1999. Thus a "Contributor" to the Worldmark Chronology of the Nations.  Vol. 1, Africa.
   c.  "Cape Verde" Entry in the *Encyclopedia of Cultures and Daily Life*, Eastword Publications, 1999. Thus a "Contributor to the Worldmark Chronology of the Nations. Vol 1, Africa.
   d.  "Rethinking Iron Working in Nubia." (with Charles B. Rhoads, Jr. and Walid Bader) *Sudan Notes and Records*. N.S. No. 3: 5-23.
   e.  "Ending Slavery in Sudan." *The Providence Journal*, 8 June 1999.
   f.  "The Perils of Industrial Pig Farming." *The Providence Journal*, 7 October 1999.

g. "Judicial Structure of Cape Verde."  Contributor to the World Jurist Association, <u>Law and Judicial Systems of the Nations</u>.
h. "Sudan" (with C. Fluehr-Lobban).  State of World Conflict Report, The Carter Center, 1999.
i. "Foreign Relations of Dynasty XXV." Proceedings of the Meroitic Studies Conference, British Museum.
j. "Guinea-Bissau: Issues and Implications." *The New Horizon Journal*, 5 (1): 3, 8.

2000
a. "Guinea-Bissau" Entry for the *Encyclopedia Britannica*, [in press].
b. "Cape Verde" Entry for the *Encyclopedia Britannica*, [in press].
c. "Elephants in Ancient Egypt and Nubia." (with Valerie de Liedekerke). *Anthrozoos*.13(4):232-244.

2001
a. "Toward the Decipherment of Meroitic Numbers." In the Proceedings of the 1999 meetings of the Sudan Studies Association.  [forthcoming in <u>North East African Studies</u>].
b. Guest Co-Editor, The Sudan Under the National Islamic Front, <u>Arab Studies Quarterly</u>, Vol. 23, No. 2, Spring.
c. With Carolyn Fluehr-Lobban, The Sudan Since 1989: National Islamic Front Rule. ASQ, 23(2):1-9.
d. "Slavery in the Sudan Since 1989", ASQ 23(2): 31-39.
e. "Chronology of the Sudan, 1989-1999" ASQ, 23(2): 115-130.
f. Consulting Editor and Multiple Author of <u>Cape Verde</u>. Cobblestone Press, September-October.

2002
a. "Sheep in Ancient Egypt and Nubia." Submitted for review in KMT.
b. <u>The Historical Dictionary of the Sudan,</u> (3rd ed.) with Carolyn Fluehr-Lobban, and Robert Kramer, Scarecrow Press.
c. Was Aesop a Nubian? Forthcoming in NorthEast African Studies. (forthcoming).
d. "Bissau" Entry for the *HRAF Encyclopedia of Urban Cultures*, Danbury: Grolier Press, pps.382-389, (with Peter Karibe Mendy)

2003
a. [Post-Secondary Education in] <u>Cape Verde</u> . (w. R. Leary) in Teferra, D. and P. Altbach (eds.), African Higher Education, Indiana University Press: Bloomington, pps.224-228.
b. Consulting Editor and Contributor to DIG, Special Issue on Ancient Nubia. DIG is the archaeology magazine for Children, September October 2003.34. pps
c. Consulting Editor and Contributor to Calliope/Footsteps, Special issue on [Nubian King] Taharka. October 2003. 50 pps.
d. "Elephants in Ancient Egypt and Nubia". (with Valerie deLiedekerke), <u>Cahiers Caribéens d' Egyptologie</u>, No. 5, febrier/mars, 2003, pps. 59-78. [Reprint of Anthozoos article].
e. "John Brown and the African Slave Trade."  Interpretation Committee, RI Historical Society.

2004
a. **BOOK**, <u>Historical Dictionary of Ancient and Medieval Nubia</u>. Lanham, Maryland: Scarecrow Press. ISBN 0810847841
b. "Afro-centric Perspectives on Race Relations in Dynastic Egypt."  Chapter in C. Fluehr-Lobban & kharyssa rhodes (eds.) <u>Race and Identity in the Nile Valley</u>. Trenton: Red Sea Press. pps. 23-45.
c. "Greeks, Nubians, and Mapping the Ancient Nile." T. Kendall (ed.), <u>Proceedings of the 1998 9th International Nubian Studies Conference,</u> Boston, published in 2004, T. Kendal (ed.), pps. 341-348.
d. The Egypto-Nubian"baqt": Six Centuries of Relatively Peaceful Coexistence. Paper presented at the 11-14 October 2004 conference in Moscow, at the Russian State University of the Humanities.

**2005**
a. Relations between Islamic Egypt and Christian Nubia: the case of the "baqt". Proceedings of the 2003 ISITA conference at Northwestern University. Brill: Holland

    b. The Sudan Government. Chapter in <u>Governments of the World</u>, Neal Tate, Editor-in Chief, Farmington Hills, MI: Macmillan Reference.

    c. "Frogs in Ancient Egypt and Nubia". Sent to <u>Cahiers Caribean d'Egyptologie</u>. Under consideration.

    d. **BOOK TRANSLATION** (with translators and co-author, Mahgoub el-Tigani Mahmoud), of Pierre Tremaux's <u>Voyages aux Soudan Oriental et dans l'Afrique Septentrionale</u>. ca. 1846-1854. Madbouli's Madba'a al-Marifa: Cairo, May 2005.

    e. **BOOK under contract** <u>Boundaries and Maps of Africa: from the past to the Future</u> (with Dr. Marie-Christine Aquarone), Scarecrow Press. Eleven Chapters are written. Now in final editing.

    f. **BOOK under contract**, Historical Dictionary of Cape Verde. 4th edition, with Paul Khalil Saucier. Lanham, MD: Scarecrow Press. Final manuscript to be delivered in early 2005.

    g. **BOOK under contract**, Historical Dictionary of Guinea-Bissau, 4th edition, with Peter Karibe Mendy. Lanham, MD: Scarecrow Press. Final manuscript to be delivered in 2005.

    h. **BOOK in Preparation**: Animals along the Ancient Nile with Valerie de Liedekerke. 3-4 chapters left to write.

## BOOK and FILM REVIEWS

1973  Cohen, Abner, <u>Custom and Politics in Urban Africa</u>, *Comparative Urban Notes*, vol. 3.
1974a Derman, William, <u>Serfs, Peasants and Socialists</u>, *Africa Today*, 21(3): 74-75, summer.
    b LSM Publications, <u>Making of a Middle Cadre</u>, *Southern Africa*, 7(3).
1975a Rudebeck, Lars, <u>Guinea-Bissau: a study in political mobilization</u>, *Africa Today*, 22(3): 71-2.
    b Lloyd, P.C., <u>Power and Independence</u>, *Africana Journal*, VI(1): 47-48.
    c Oppong, Christine, <u>Marriage among a Matrilineal Elite</u>, *Africana Journal*, VI(1): 53-54
    d Holy, Ladislav, <u>Neighbors and Kinsmen</u>, *Africana Journal*, VI(4): 328-329.
1977a Kanet, Roger E. (ed.), <u>The Soviet Union and the Developing Nations</u>, *New World Review*, 45(4): 26-27.
    b Laitin, David D., <u>Politics, Language and Thought: the Somali experience</u>, *Africana Journal*, 8(4): 46-47.
    c Issacman, Allen F. <u>The Tradition of Resistance in Mozambique</u>, *Africana Journal*, 8: 247-8.
1980a Burness, Donald, <u>Fire: Six Writers from Angola, Mozambique, and Cape Verde</u>, *Africana Journal*, XI (1 and 2): 75-76.
    b The Republic of Cape Verde, <u>The Cape Verde Islands</u>, *Cape Verde News*, 2(5).
    c Cabral, Amilcar, <u>Unity and Struggle</u>, *Africana Journal*, XI( 1 and 2), and in *African Studies Review*, XXIV(4): 213-214.
1981a Jules-Rosette, Bennetta, <u>Symbols of Change</u>, *Newsletter of the Society for Urban Anthropology*
    b Farer, Tom, <u>War Clouds on the Horn of Africa</u>, *Journal of African Studies*, 15: 374-376.
    c McCarthy, Joseph, <u>Guinea-Bissau and the Cape Verde Islands</u>, *Bulletin of the Southern Association of Africanists*
1982  Wikan, Unni, <u>Life Among the Poor in Cairo</u>, *Cairo Today*, August, p. 64.
1983a Baer, Gabriel, <u>Fellah and Townsman in the Middle East</u>, *Middle East Journal*, 37(2): 279-280.
    b Jenkins, Horace, <u>Sudan's Pyramids, Azandi's Dream</u>, (film), *American Anthropologist*, 85:
1984a Mahmoud, Fatima Babiker, <u>The Sudanese Bourgeoisie: vanguard of development?</u>, *Africana Library Journal*
    b White, G., Murray, R., and White, C., <u>Taking the Socialist Path: revolutionary socialist development  in the Third World</u>, *New World Review*, 52(5): 28-29, Sept.-Oct.
1985  Niane, D.T. (ed.), <u>General History of Africa IV: Africa from the 12th to the 16th century</u>, *The International Journal of African Historical Studies*. 18(3): 551-552.
1986  Osman Hasan Ahmed (ed.), <u>A Bibliography of Documentary and Educational Films on Sudan</u>, *The American Anthropologist*, June: p. 516.

1986  Medhanie, Tesfatsion,  Eritrea: Dynamics of a National Question.  B.R. Gruner: Amsterdam. *Sudan Studies Association Newsletter*, 6(4):  pps. 9-14.
1987  Francis M. Deng, Seed of Redemption, Lillian Barber Press, *Middle East Journal*. 41(3): 466-7
1988a James McCann, From Poverty to Famine in Northeast Ethiopia: a rural history, 1900-1935. *Medical Anthropology Quarterly*, 3(2): 203-204.
    b Simon Commander, The State and Agricultural Development in Egypt since 1973, *Labour, Capital and Society*, 22(1): 181-82.
1990  Francis Deng, Cry of the Owl, *The Middle East Journal*, 44 (4): 705-6.
1991  Karim Sadr, The Development of Nomadism in Ancient Northeast Africa, *Sudan Studies Association Newsletter*, 11 (3-4): 23-24.
1992  Victoria Bernal, Cultivating Workers. *International Journal of Comparative Sociology*, (in press with Brill: Leiden).
1993a Marilyn Halter, Between Race and Ethnicity. *Portuguese Studies Review*, University of New Hampshire.
    b PEH Hair and JD Alsop, English Seamen and Traders in Guinea, 1553-1565. *Portuguese Studies Review*, University of New Hampshire.
1996  Anne M. Jennings,  The Nubians of West Aswan: Village Women in the Midst of Change. *The Middle East Journal*, vol 50, No. 3, summer 1996, pps. 430-431.
1999  Richard P. Horowitz, 1998 Hog Ties: Pigs, Manure, and Mortality in American Culture. *Anthrozoos*. 12(3): 180.
    Hopkins, Nicholas S. and S.E. Ibrahim, 1997.  Arab Society: Class, Gender, Power, and Development, *American Anthropologist*, 101(2): 454-455.
    Jacques Berlinerblau, Heresy in the University: the B*lack Athena* Controversy and the Responsibilities of American Intellectuals. *International Journal of African Historical Studies*. Forthcoming.
    Stiansen, Endre and Michael Kevane (eds.), Kordofan Invaded: Peripheral Incorporation and Social Transformation in Islamic Africa. *International Journal of Middle East Studies*.  Forthcoming.
    Sidahmed, A.S. Politics and Islam in Contemporary Sudan.  *MESA Bulletin*. Forthcoming.
 2000 Thu, Kendall M. and E. Paul Durrenberger (eds.), Pigs, Profits, and Rural Communities, *Anthrozoos*, 13(1):56-57.
2001   Berlinerblau, Jacques, Heresy in the University: The Black Athena Controversy. Int'l J. of African Hist. Studies. pps. 242-245.
2002   Martin Bernal, Black Athena Writes Back. International J. of African Historical Studies, pps. 18-20.
    Ahmed Rashid, Taliban: Militant Islam, Oil, and Fundamentalism in Central Asia. International Studies Review. Vol. 4. No.3, 223-226.
    Fawaz Gerges, America and Political Islam: Clash of Cultures or Clash of Interests? International Journal of Middle East Studies, 34: pps. 586-589.
    Ahmed Rashid. The Taliban: Militant Islam, Oil, and Fundamentalism in Central Asia, International Studies Association, (UK) pps.223-226.
2003   Robert B. Jackson, At Empire's Edge: Exploring Rome Egyptian Frontier, H-Net Book Review, February 2003.

**NOTE: In addition, articles of a journalistic nature have appeared in such publications as:**

| | | |
|---|---|---|
| The Sudan Standard | The Nile Mirror | The Legon Observer |
| Southern Africa | Africa (London) | Guardian (NYC) |
| Congressional Record | Tchuba Newsletter | Cape Verde News |
| The Cape Verdean | Sunday Times of Zambia | The Providence Journal |
| Issues: the Brown Review | Voice of America: | British Broadcasting Corp. |

## PROFESSIONAL RESPONSIBILITIES

1969-1970  Administrative Assistant, Program of African Studies, Northwestern University, (corresponded with PAS applicants and organized lecture programs).
1975-1977  Chair and Member of the Herskovits Award Committee, African Studies Association.
1977   Consultant and Participant in Program, "Ritual, Music, and Dance", (expressive dimensions of cross-cultural communication),  The Chuck Davis Dance Company, funded by the Rhode Island State Council for the Arts and the Rhode Island Committee for the Humanities, Spring.
1977   Consultant, Rhode Island Committee for the Humanities, (for a $17,000 grant to produce a TV video-tape series on Cape Verdeans in Rhode Island, New England and in the Cape Verde Islands.
1978   Consultant and Participant at the Brooklyn Museum, International Exhibition, Nubia: Africa in Antiquity
1978-   Member of the International Curatorial Board, Genesis II Museum of International Black Culture (at the World Trade Center, New York)
1978-1979  Member of the Browne-Nichols Awards Committee, Brown University, (awards for academic excellence in  African and Afro-American studies)
1979   Invited Participant, (expenses paid), International Symposium on Somali Studies, Mogadishu.
1980   Consultant, Foreign Service Institute, School of Area Studies, Training Program for Foreign Service Officers to be stationed in Guinea-Bissau and the Sudan
1982    Invited Participant, (expenses paid), International Forum on Eritrea, sponsored by the Federation of Arab Journalists, Tunis.
1984-   Member of the Board, Rhode Island Black Heritage Society and the RI Black Studies Consortium
1988    Chair, Malcolm Kerr Award Committee, Middle East  Studies Association
1994    Program Organizer, 3rd International Meeting of Sudan Studies, Boston, April 1994.
1995   Curriculum Committee Member, for the Design of General Education and Courses on Non-Western Areas.
1996a  Vice-President of the Rhode Island Black Heritage Society
     b  Program Committee Member of the 1996 MESA meetings.
1999-2005, Gubernatorial Appointment to Board of RI Council of the Humanities, Co-Chair of Grants Committee

## EXTERNAL EXAMINER or GRADUATE COMMITTEE MEMBER at:
  University of Connecticut         Howard University                    Brandeis University
  Brown University                  University of Kent (Canterbury)      Tufts University
  Syracuse University               University of Colorado-Denver        University of Florida-Gainesville

## EXTERNAL EXAMINER FOR TENURE DECISIONS at:
  University of Pittsburgh       Bucknell University        Columbia University
  Lawrence University            Connecticut College

## GRANT REVIEWER:
  National Science Foundation    Canadian Social Science Research

## MANUSCRIPT REVIEWER for:
  African Studies Review              American Anthropologist
  Northeast African Studies           Current Anthropology
  International Migration Review         Human Organization
  American University in Cairo Press     City and Society
  The New England J. of Black Studies       The Historian
  Int'l J. of African Historical Studies            Anthrozoos

**PROFESSIONAL AWARDS AND GRANTS**
 1. Program of African Studies (Ford Foundation), Northwestern University, Grant for Doctoral Research and Travel to the Sudan, 1970-72, under the National Unity Fellowship Program.
 2. Center for Urban Studies (Ford Foundation), Northwestern University, Grant for Doctoral Research and Tuition, 1971-72.
 3. Outstanding Performance Increments, Rhode Island College (every year eligible).
 4. Co-Second Prize Winner, Munger Africana Library Award, $100, (National competetiion of dissertations on Africa granted between 1972-1976.
 5  Travel Grant, Smithsonian Institute, for travel to the Xth International Congress of Anthropological and Ethnological Sciences, New Delhi, India, 1978
 6. Grant for Secretarial costs, Faculty Research Committee, Rhode Island College, 1978, (for typing the manuscript: Historical Dictionary of the Republics of Guinea-Bissau and Cape Verde, Scarecrow Press, 1979).
 7. Competitive Sabbatical Leave Grant, Rhode Island College (55 eligible, 44 applied, and only 11 awarded), year leave, 1979-80.
 8. Certificate of Award for Service to the Cape Verdean community, February, 1981.
 9. Travel Grant, National Science Foundation, for travel to the meetings of the Society for Applied Anthropology, Edinburgh, Scotland, 1981.
 10. Grant from the National Endowment for the Humanities, Research Fellowship, a full year's salary with travel funds for research on urbanization in the Sudan.
 11. Travel Grant, American University in Cairo, for travel to the Sudan Studies Association meetings,, Baltimore (from Cairo), 1982.
 12. Travel Grant, American University in Cairo, for travel to the XIth International Congress of Anthropological and Ethnological Sciences, Quebec, Canada, (from Cairo), 1983.
 13. Publication Subvention, Office of the Dean of Arts and Sciences, Rhode Island College, (for graphics appearing in Lobban 1982a)
 14. Travel Grant, Rhode Island College, travel to the Inter-University Centre, Dubrovnik, Yugoslavia, (Course on anthropology and health: applied perspectives), August 1984.
 15. Travel Grant, Rhode Island College, travel to participate at the Regional meetings of the National Council of Black Studies, University of Vermont, October 1984.
 16. Travel Grant, American Council of Learned Societies, for travel to the Central Institute for Higher Studies and Archaeology; Centennial of F. Engels, "Origin of the Family, Private Property, and the State, Dresden, German Democratic Republic, November, 1984.
 17. Research Grant, Faculty Research Fund, Rhode Island College, to support the research Project "Cape Verdean Culture History and Health through Obituary Analaysis", Fall 1984 (this resulted in the publications of Lobban, 1985c, 1986b).
 18. Award for Faculty Release Time, one of two campus-wide awards for grant proposal preparation, Spring 1985 (first draft of a two-year project for studying inbreeding in the Sudan completed).
 19. Member, Thorp Award Committee, Rhode Island College, 1984-1985
 20. Travel Grant, Rhode Island College, travel to the Intersession of the International Congress of Anthropological and Ethnological Sciences, Alexandria/Cairo, Egypt, January 1986 (paper presented and organized panel).
 21. Travel Grant, Rhode Island College, travel to the meetings of the British Society for Middle Eastern Studies, University of London, July 1986.
 22. Travel Grant, Social Science Research Council, travel to a special session on the role of the Informal Sector in Middle Eastern Urbanization, at the Akademie fur Politische Bildung, Tutzing, Federal Republic of Germany, July-August 1986.
 23.  Awarded the "Grantsperson of the Year Award", Rhode Island College, 1987, with a certificate and a check for $500.
 24. Travel grant, American Council of Learning Societies, travel to conference entitled: Volksbewegung und Klassenkampfe - Triebkrafte fruher Gesellschaftsentwicklung.  Sponsored by the Akademie der Wissenschaften der DDR, Zentralinstitut fur Alte Geschichte und Archaologie, Berlin, GDR, 6-9 December, 1988.

25. Chair, Malcolm Kerr Dissertation Award Committee, The Middle East Studies Association, 1988.
26. Sabbatical leave; and research grant from the American Institute of Maghreb Studies in conjuction with the Centre d'Etudes Maghrebines at Tunis for research on the urban informal sector. 1990.
27. Travel and Research grant from the West Africa Research Association, Smithsonian Institution, for research on contemporary Cape Verde. This research was also funded by a supporting travel grant from the RI College Faculty Research Fund.
28. Initiated into the RI College Chapter of Sigma Xi, the Scientific Research Society, on 21 April 1995.
29. Chosen as the Thorp Professor for 1997, the highest academic award at Rhode Island College.
30. Honored by the Cape Verdean American Community Development Association for service to the Cape Verdean community, 1997.
31. Rhode Island College Alumnae Association, Faculty Award, April 2002.
32. Gubernatorial Reappointment as Member of the Board, RI Council for the Humanities and co-Chair of the Grants Committee

**PROFESSIONAL RESEARCH**

1966-67   Field study of the Emergency Ward, Temple University Hospital, and literature search in epidemiology. Department of Epidemiology and Community Medicine, Temple University Hospital, 11/66-4/67.
1966-68   Research for the M.A. degree in anthropology, "Marriage and Divorce in West African Urbanization", included library research, tabulation, and analysis of statistical field data originally collected by my thesis advisor
1968   Library research, research design and tabulation of results of a questionnaire on socialization of police rookies. Philadelphia Police Department, 2/68-9/68.
Summer 1969   Directed an undergraduate field research project studying the rural end of the recruitment for urban migration in New Berlin, Penna., 6/68-9/68.
1969-73   Classwork and research for the PhD in anthropology, "Social Networks in the Urban Sudan", including extended fieldwork in the Sudan from November 1970 to February 1972, complete research design, analysis and write-up, resulting in numerous publications and the doctoral degree.
1973, 1975 Two months of ethnographic/journalistic fieldstudy in West Africa (Guinea-Bissau and Casamance region of Senegal). Published a basic reference book as a result, "Historical Dictionary of the Republics of Guinea-Bissau and Cape Verde (Scarecrow Press: 1979, second and third editions published).
1975   One month field study in the Khartoum area, Sudan. Updating of data on marriage, social networks, cultural history and genealogy.
1977   Organized and processed survey of social needs in the minority community in Providence, R.I.; project commissioned by the local branch of the NAACP.
1979-80   Major restudy and replication of the 1970-72 research model to produce comparable data base in a ten-year perspective on urban change in the Sudan.
1980   Directed the Departmental Urban Research Project (DURP) which gave field experience and direct methodological training for undergraduates.The research focused on two ethnically encapsulated communities in Providence, Rhode Island (the Italians and Cape Verdeans).
1981   Research Fellow, National Endowment for the Humanities, research and analysis of data from three field studies in the Sudan resulting in several publications, 1/81-12/81.
1982-84   Head, Urban Development Unit, and Senior Research Associate of the Social Research Center, American University in Cairo. Drafted research proposals, project administration, academic responsibilities, response to RFP's. Proposals included: rural education evaluation; breastfeeding and urban working women; justice for urban juvenile offenders as well as the following projects: 1982a, 1982b, 1983, 1984a.

1982a  Project Evaluator, Basic Village Services Project, USAID/Cairo and Alexandria; fieldwork and write-up of final report.
1982b  Conference and Research Grant, Ford Foundation; organized "Workshop on Urban Research Strategies in Egypt" (at American University in Cairo, June 1982, and initiated the Urban Research Bibliography Project.
1983  Social Research Coordinator, Evaluation of the Neighborhood Urban Services Project, USAID/Cairo. The SRC/AUC was a sub-contractor for this evaluation of the $90 million NUSP (a five-year project). The overall evaluation contract was about $1.1 million and the SRC/AUC component about $400,000.
1984  Project Designer, Negotiator, and Research Consultant of a study of the Informal Sector (Squatter Markets) for fruit and vegetable dealers in Cairo. Fourteen month study funded by the International Development Research Center, Canada, $67,000.
1984  Cape Verdean Culture History and Health, Rhode Island College Faculty Research Fund, a study of longevity and social associations of Cape Verdeans through the computer analysis of 777 obituaries.
1985a  Research Consultant, Rhode Island College, (release time from teaching), student retention project in the office of the Dean of Arts and Sciences.
    b  African Urban Walls, Rhode Island College Faculty Research Fund, funds to pay two undergraduate research assistants to develop a data base on the numbers, variety, context, and scale of African walled cities in antiquity for subsequent computer analysis.
1992  Research in Cape Verde especially on contemporary politics, archival research on slavery, and inscription on the island of Santo Antão.
1996  Directed Urban anthropology research in three neighborhoods in Providence
1997  Sabbatical Research in Egyptian Nubia for book on Ancient Nubia.
2004  Co-author of Federal Court Brief on NAACP suit on redistricting in Providence. Won case

**PUBLIC LECTURES and PROFESSIONAL PAPERS** Presented at:

| | | |
|---|---|---|
| American University in Cairo | Rhode Island College | The Brooklyn Museum |
| R.I. Heritage Commission | University of Rhode Island | Brown University |
| City University of New York | Columbia University | McGill University |
| Staten Island Community College | University of Mass. (Dart.) | Temple University |
| University of Connecticut | University of London | University of Frankfurt (FRG) |
| University of Toronto | International House, RI | University of Khartoum |
| University of Washington, Seattle | Wheaton College | University of Mass. Amherst |
| R.I. Black Heritage Soc. | Morgan State University | Baruch College |
| University of Arizona | SUNY (Binghamton) | Smithsonian Institution |
| New Hampton School | Harvard University | Boston Museum of Fine Arts |
| British Museum | Jewish Genealogical Society | Emory University |
| RI Historical Society | Brown Learning Community | Cox Cable Television |
| Narragansett Society, AIA | Gordon School, RI | Roger Williams University |
| Channel 12 Television | Museum of Primitive Culture | Ann Mary Brown Memorial Library, |
| Tufts University, Veter. School | St. George's School | University of Mass. North Dartmouth |
| "Promising Practices" RIC | Archaeo Inst. of Amer. | Muslim Cultural Heritage Prog. |
| RI Historical Society | Museum of Prim. Culture | Univ. of NC-Asheville |
| Univ. Maryland-Eastern Shore | Dartmouth College | New Bedford Whaling Museum |
| Watson Institute | MassCouncil of Humanities | RI Council of Humanities |
| Univ. of Yaounde | Connecticut College | Bard College |
| Tennessee State University | Boston University | |

**Membership/Participation/Papers at Scholarly Associations:**
  African Studies Association, Member
  Akademie fur Politische Bildung

Archaeological Institute of America, President, Narragansett Society,
Ass'n for the Study of Travel in Egypt and the Near East.
Canadian African Studies Association, Member
Central Institute for Higher Studies and Archaeology,
   Berlin, German Democratic Republic
Institute for African and Asian Studies,
   University of Khartoum
International Congresses of the Anthropological and
   Ethnological Sciences, (New Delhi, 1978; Quebec,
   1983; Cairo, 1986; Zagreb, 1988)
International Union of Anthropological and Ethnological Sciences, Member
Middle East Studies Association, Member
Northeast Anthropological Association, Member
Rhode Island Black Heritage Society, Vice-President, Member of the Board
Sudan Studies Association, Executive Director, Member of the Board
Sudan Studies Society of the UK
Sudan Archaeological Research Society/British Museum
Sigma Xi, Scientific Honorary Society, Member

**PROFESSIONAL ASSOCIATIONS**
President, Narragansett Society, Archaeological Institute of America, 1999-2003
Executive Director, Sudan Studies Association
Vice President and Member of the Board of Directors, Rhode Island Black Heritage Society
Member, and Elected Fellow, The Society for Applied Anthropology, 1981, (#M88214)
Member, African Studies Association
Elected as Fellow of the American Anthropological Association
Member, Rhode Island Heritage Commission, Cape Verdean Sub-Committee
Member, Middle East Studies Association
Member, Northeast Anthropological Association
President (1981-82), Founding Member, Acting Treasurer, Member of the Board, Newsletter
   Editor, current Executive Director and many other roles in the Sudan Studies Association, also drafted the
   first SSA Constitution and filed the papers of legal incorporation.
Vice President (1991-93), New England Council of Middle East Studies
Elected Treasurer (and thus a founding officer, 1979-81), Society for Urban Anthropology
Member of the Editorial Board, Cairo Papers, American University in Cairo, 1982-84.
Member of the Editorial Board, Southern Africa Magazine, 1973-77,
      (wrote feature articles and a regular monthly column on Guinea-Bissau and Cape Verde).
Member of the Editorial Board, Rhode Island College Working Papers, Office of the Provost.
Member, Foundation for Cabo Verde
Elected, Treasurer and now President of the Archaeological Institute of America, Narragansett Society.
Member, Ernestina Schooner Society.
Member, Friends of Egyptology at the Department of Egyptology, Brown University.
Member, Africa Group, Watson Institute, Brown University
Member/Participant, RI World Affairs Association

**ACADEMIC ASSIGNMENTS:**
 **Anthropology/Geography Department**
   Student Advisor
   Advisor and Founding Member of Anthropos, Anthropology Students Club

**Campus-Wide**
   Member of the African and Afro-American Studies Committee
   Director of the African and Afro-American Studies Program

Member of the AF-AFAM Studies Program Advisory Committee
Secretary and Member of the Committee on Urban Programs
Member of the Committee on Human Subjects Research
Member of the Committee on Minority Enrollment
Member, RIC/AFT Committee on Political Education
Member, RIC/AFT Program Development Committee
Member, RIC/AFT Committee on Racial and Religious Discrimination
Member, RIC/AFT, Human Rights Committee
Member, Committee for the Anthropology Program Evaluation
Campus Coordinator, Operation Crossroads Africa
Organizer, Cape Verdean Studies Conference
Advisor, Harambee, Black Students Organization
Member, Human Relations Committee, 1988-
Member, Presidential Diversity Committee. Founder of Promising Practices Workshops.
Panel Organizer, Teaching about Ancient Nubia, "Promising Practices." 6 November 1999.
Member, Friends of Adams Library
Member, Thorp Award Committee

**CONTRIBUTIONS TO THE INSTRUCTIONAL PROGRAM**
  New Course Designs:
    African and Afro-American Studies 162: Cape Verde and West Africa
    African and Afro-American Studies 200: The African and Afro-American Experience
    Anthropology 150: Perspectives on Modern Africa (at UEC)
    Anthropology 150: Africa File (TV course in the Continuing Education), with P. Allen)
    Anthropology 162: Northeast Africa (Ancient Nile valley)
    Anthropology 323: Urban Anthropology
    Anthropology 327: Ancient Nubia
    Anthropology 332: Applied Anthropology
    Anthropology 333: Anthropological Research Methods
    Anthropology 350: The Origin of the Alphabet
    Anthropology 360: Departmental Urban Research Project
    Anthropology 380: Departmental Urban Research Project
    General Studies 262: Writing and Civilization (with M. McMunn)
    General Studies 363: Africa and the Caribbean in Literature (with G. Epple)
    General Studies 363: National Liberation Movements
    General Studies 363: Guinea-Bissau and Cape Verde
    General Studies 365: The Alphabet Effect (with M. McMunn)
    Social Science 380: Africa and the Caribbean in Process (with G. Epple)

  Existing Courses with New Design:
    Anthropology 200: The Non-Western Experience: Northeast Africa (Egypt and Sudan)
    Anthropology 200: The Non-Western Experience: West Africa (Guinea-Bissau/Cape Verde)
    Anthropology 201: Introduction to Anthropology
    Anthropology 319: Peoples and Cultures of Africa
    Anthropology 340: Social Organization
    Anthropology 360: Senior Seminar in Anthropology
    Social Science 310: Focus on Africa (with C. Fluehr-Lobban)
    Social Science 316: The Ancient City

**COMPUTER BACKGROUND**
    1. Semester of FORTRAN IV Programming, Temple University, 1967
    2. Use of the NUCROS and DISCRIM Programs (cross-tabulation and step-wise multivariate analysis), Northwestern University, 1969-1972. These were the forerunners of

the SPSS programs which was also developed at Northwestern.  (with punch cards).
3. Semester of Introduction to BASIC Programming, Rhode Island College, 1980.
4.  Use of the SPSS programs in research and in teaching of anthropological research methods at Rhode Island College including computer-based assignments, word-processing with Peachtext and data processing with the Mainframe with CMS/Vax. 1980-1986.
5. 18-hour Workshop on Micro-Computers for Administrators, American University in Cairo, 1983
6.  Brought CPT Data-base and Word-Processing capabilities to the Social Research Center, American University in Cairo, as a member of a three-person committee which was awarded a $21,000 grant from USAID-Cairo for this purpose, 1984.
7. Academic Computer Use Workshop (IBM-PC's), Rhode Island College, 1984
8. Peachtext, Word-Perfect, Micro-soft Word 6.0, word-processing software, data-management, e-mail and other software packages.

**LANGUAGE   Level of Competence**
  French     Conversational ability, reading good (I had the equivalent of four semesters, studying  in Paris, Bucknell University, Brown University, Rhode Island College and frequent travel in France, Francophone Africa and Canada.
  Arabic      Conversational ability of Sudanese and Egyptian colloquial, limited reading and writing.  Courses at Harvard University, American University in Cairo; private tutors at Northwestern University and in Khartoum;  I lived six years in the Nile valley and conducted my own fieldwork in Arabic.  I have taught introductory Arabic.
  Spanish     Reading good, three semesters, some conversational ability
  Portuguese  Reading comprehension, field experience in Guinea-Bissau and Cape Verde and library research in Portuguese
  Igbo        Three months intensive course (Peace Corps training).
  Kiswahili    Three months field use in Tanzania

General familiarity with alphabets of Phoenician, Hebrew, Greek, Coptic, Russian, Meroitic, Hieroglyphics and a variety of other Old World languages from teaching a course (five times) on the origins of Alphabetic and Writing systems. I am engaged in theories and methods for the decipherment of Meroitic.