UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRISA SESAY, | Case No. 07 cv 2354 JM (LSP) |
| Petitioner, | |
| v. | JOINT MOTION FOR APPOINTMENT OF EXPERT WITNESS AND ALLOCATION OF FUNDS |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

    COME NOW THE PARTIES, Petitioner Idrisa Sesay, by and through counsel, James Fife, and Respondents Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Samuel W. Bettwy, Caroline J. Clark, and Raven M. Norris, Assistant United States Attorneys, and hereby request that the Court appoint Richard Lobban, Ph.D, as an expert witness and that funds be allowed for his travel and work performed in this matter. See Fed. R. Evid. 706(a)-(b).

    Richard Lobban, Ph.D, is the Chair and Professor of Anthropology at Rhode Island College, Executive Director of the Sudan Studies Association, and Adjunct Professor of African Studies at the Naval War College. Both parties spoke with Dr. Lobban and agree that he could serve as a useful expert in this matter to assist in determining whether Petitioner is from Sudan or Sierra Leone. The parties agree that Dr. Lobban will: 1) be provided with the substantive pleadings in this matter for his review; 2) travel to San Diego to interview Petitioner; 3) prepare a report indicating his findings; and 4) testify at the evidentiary hearing. Dr. Lobban may consult with other experts in the field of anthropology or related fields to complete his evaluation. To the extent that Dr. Lobban will incur additional expenses or to the extent that he would require biological samples, he will seek permission from the Court and

the parties will have an opportunity to raise objections.  The parties have asked Dr. Lobban to be prepared to travel to San Diego in order to interview Petitioner on or about June 23 or 24, 2008.

Dr. Lobban's fee schedule is as follows:

>$150/hour for work performed

>$500/day for travel days (when no work performed)

The parties respectfully request that Dr. Lobban be appointed by this Court as an expert witness, see FED. R. EVID. 706(a), and that the Court allow compensation for his travel expenses and work performed in this matter, see FED. R. EVID. 706(b).

DATED: June 13, 2008                   s/ *James Fife*

_____
JAMES FIFE
Federal Defenders of San Diego, Inc.
email: james_fife@fd.org
Attorneys for Petitioner

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Petitioner, that I have voicemail confirmation, and I will obtain a signed copy for my records.

DATED: June 13, 2008                   KAREN P. HEWITT
United States Attorney

s/ *Samuel W. Bettwy*
_____
SAMUEL W. BETTWY
Assistant U.S. Attorney
email: samuel.bettwy@usdoj.gov

RAVEN M. NORRIS
Assistant U.S. Attorney

CAROLINE J. CLARK
Assistant United States Attorney

Attorneys for Respondents