# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRISA SESAY, | Case No. 07 cv 2354 JM (LSP) |
| Petitioner, | |
| v. | ORDER GRANTING JOINT MOTION FOR APPOINTMENT OF EXPERT WITNESS AND ALLOCATION OF FUNDS |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

Having considered the parties' Joint Motion for Appointment of Expert Witness and Allocation of Funds, and finding the motion meritorious, the Court GRANTS the motion. In accordance with Rule 706 of the Federal Rules of Evidence, the Court appoints Richard Lobban, Ph.D, as an expert witness in this matter and allows compensation for Dr. Lobban's travel expenses and work performed based on the fee schedule indicated in the parties' motion.

**IT IS SO ORDERED.**

DATED: June 17, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

CC:   All Parties