**JAMES FIFE**
California State Bar No. 237620
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: james_fife@fd.org

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| IDRISA SESAY,<br><br>                Petitioner,<br><br>     v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>                Respondents. | Case No. 07CV2354-JM (LSP)<br><br>DATE: September 19, 2008<br>TIME: 1:30 p.m.<br><br>**NOTICE OF CONTINUED MOTION, MOTION FOR SUMMARY JUDGMENT OR ADJUDICATION**<br>**[FED. R. CIV. P. 56]** |

TO: KAREN W. HEWITT, U.S. ATTORNEY, SAMUEL W. BETTWY, RAVEN NORRIS, CAROLINE CLARK, ASSISTANT U.S. ATTORNEYS:

PLEASE TAKE NOTICE that the Petitioner, by and through counsel, James Fife and Federal Defenders of San Diego, Inc., at the above **continued time and date,** or as soon thereafter as he may be heard, will ask this Court to enter an order granting the motion listed below.

This motion is based upon the instant notice of motion, the attached memorandum of points and authorities and declaration of counsel, supporting exhibits, the records and filings in this case, and any and all other materials that may come to this Court's attention at the time of the hearing on this motion.

## MOTION

Petitioner, Idrisa Sesay, pursuant to Fed. R. Civ. Proc. 56, and all other applicable statutes, case law and local rules, hereby moves this Court for summary judgment, or alternatively for summary adjudication, in his favor, granting his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

Respectfully submitted,

Dated: July 29, 2008

/s/ James Fife
**JAMES FIFE**
Federal Defenders of San Diego, Inc.
Attorneys for Petitioner
james_fife@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: July 29, 2008            /s/ JAMES FIFE
                                Federal Defenders of San Diego, Inc.
                                225 Broadway, Suite 900
                                San Diego, CA  92101-5030
                                (619) 234-8467  (tel)
                                (619) 687-2666  (fax)
                                James_Fife@fd.org (email)