1  KAREN P. HEWITT
   United States Attorney
2  SAMUEL W. BETTWY
   Assistant U.S. Attorney
3  California State Bar No. 094918
   CAROLINE CLARK
4  Assistant U.S. Attorney
   California State Bar No. 220000
5  RAVEN M. NORRIS
   Assistant U.S. Attorney
6  California State Bar No. 232868
   U.S. Attorney's Office
7  Federal Office Building
   880 Front Street, Room 6293
8  San Diego, California 92101-8893
   Telephone: (619) 557-7119 / 7491 / 7157
9  Facsimile:  (619) 557-5004

10 Attorneys for Respondents

11

12                    UNITED STATES DISTRICT COURT

13              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 IDRISA SESAY,                        )  Case No. 07cv2354 JM (LSP)
   [A77 062 688]                        )
16                                      )
                  Petitioner,           )  NOTICE OF CROSS-MOTION AND THE
17                                      )  GOVERNMENT'S CROSS-MOTION FOR
        v.                              )  SUMMARY JUDGMENT
18                                      )
   MICHAEL CHERTOFF, Secretary of       )
19 the Department of Homeland Security, et )  TIME:  1:30pm
   al.,                                 )  DATE:  September 19, 2008
20                                      )  CTRM:  16
                  Respondents.          )
21 _____ )

22      TO:   PETITIONER IDRISA SESAY
              through his attorney JAMES FIFE
23            by means of Electronic Court Filing ("ECF"):

24      PLEASE TAKE NOTICE that on September 19, 2008, at 1:30 p.m., in the courtroom of the

25 Honorable Jeffrey T. Miller, Respondents ("the Government") will bring on their Cross-Motion for

26 Summary Judgment.  The Government hereby moves for judgment in favor of the Government and for

27 denial of the Petition for Writ of Habeas Corpus in this case, pursuant to Rule 56, Federal Rules of Civil

28 Procedure.

1    The motion is based upon the files and records of this case and the attached memorandum of

2   points and authorities.

3        DATED:   August 29, 2008              Respectfully submitted,

4                                              KAREN P. HEWITT
                                               United States Attorney
5
                                               s/ *Samuel W. Bettwy*
6
                                               SAMUEL W. BETTWY
7                                              Assistant U.S. Attorney

8                                              CAROLINE CLARK
                                               Assistant U.S. Attorney
9
                                               RAVEN M. NORRIS
10                                             Assistant U.S. Attorney

11                                             Attorneys for Respondents

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28