UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRISA SESAY,<br><br>            Petitioner,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br>            Respondents.<br>_____<br><br>STATE OF CALIFORNIA<br>COUNTY OF SAN DIEGO | Case No. 07cv2354-JM (LSP)<br><br>CERTIFICATE OF SERVICE BY ELECTRONIC COURT FILING ("ECF")<br><br><br><br><br><br><br><br>) ss. |

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **August 29, 2008,** I am causing service of the following (accompanying) documents:

**NOTICE OF CROSS-MOTION AND THE GOVERNMENT'S CROSS-MOTION FOR SUMMARY JUDGMENT**
**AND**
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE GOVERNMENT'S CROSS-MOTION FOR SUMMARY JUDGMENT**
**AND**
**RESPONSE IN OPPOSITION**
**TO PETITIONER'S MOTION FOR SUMMARY JUDGMENT**

on Petitioner, through his attorney of record, **Mr. James Fife**, and on all other attorneys of record, by electronically filing the foregoing document with the Clerk of the District Court using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which filing and System results in electronic notification to said attorney of said filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **Twenty-Ninth Day of August 2008.**

                                                                         s/ *Samuel W. Bettwy*
                                                                         SAMUEL W. BETTWY