1  **JAMES FIFE**
   California State Bar No. 237620
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: james_fife@fd.org

5  Attorneys for Petitioner

6

7

8               UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10            (HONORABLE JEFFREY T. MILLER)

11  IDRISA SESAY,                          Case No. 07CV2354-JM (LSP)

12                    Petitioner,
                                           DATE: September 19, 2008
13            v.                           TIME: 1:30 p.m.

14                                         **PETITIONER'S *EX PARTE***
15  MICHAEL CHERTOFF, et al.,              **APPLICATION TO FILE**
                                           **RESPONSE/REPLY IN EXCESS OF**
16                    Respondents.         **STANDARD LENGTH**

17

18
        Petitioner, by and through counsel, hereby requests leave from this Court to file a combined response
19
    to cross-motion and reply to opposition in excess of the page limit set in CivLR 7.1(h).
20

21      Petitioner's combined response to Respondents' Cross-Motion for Summary Judgment and reply to their

22  opposition to his Motion for Summary Judgment exceeds the standard 10-page limit for reply memoranda.

23
    Petitioner's motion is **fifteen (15) pages**, not counting the preliminary materials required under CivLR 7.1(h)
24
    or the Appendix.
25

26      Petitioner has good cause to exceed the standard page limit. The oversized pleading is required, first,

27  because it combines arguments both in opposition to Respondent's Cross-Motion for Summary Judgment

28  and countering their arguments in opposition to Petitioner's Motion for Summary Judgment.   The two

motions address different sets of facts and have different focus. There is consequently significant non-overlap in the responses. This has required additional space to cover the variety of arguments raised in the separate pleadings.

Second, the issues of this case have become confused and complicated, and that requires additional discussion to clear away the arguments that can be properly disregarded. The factual and legal intricacy of this case is well attested by the numerous and lengthy docket entries and justifies the marginal, additional discussion in the oversized reply.

Third, the motions for summary judgment are dispositive pleadings, and so particular care is needed to cover all potential issues and to preserve all objections and arguments. That has required additional discussion running to an extra five pages.

For the above reasons, Petitioner respectfully requests leave to file his 15-page response/reply.

Respectfully submitted,

Dated: September 5, 2008

JAMES FIFE
Federal Defenders of San Diego, Inc.
Attorneys for Petitioner SESAY
james_fife@fd.org

1

## CERTIFICATE OF SERVICE

2

3          Counsel for Defendant certifies that the foregoing is true and accurate to the best information and

4     belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

5          Courtesy Copy to Chambers

6          Copy to Assistant U.S. Attorney via ECF NEF

7          Copy to Defendant

8

9     Dated:  September 5, 2008

                                        Federal Defenders of San Diego, Inc.
10                                      225 Broadway, Suite 900
                                        San Diego, CA  92101-5030
11                                      (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
12                                      James_Fife@fd.org (email)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28