| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | SAMUEL W. BETTWY<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 094918<br>CAROLINE CLARK |
| 4 | Assistant U.S. Attorney<br>California State Bar No. 220000 |
| 5 | RAVEN M. NORRIS<br>Assistant U.S. Attorney |
| 6 | California State Bar No. 232868<br>U.S. Attorney's Office |
| 7 | Federal Office Building<br>880 Front Street, Room 6293 |
| 8 | San Diego, California 92101-8893<br>Telephone: (619) 557-7119 / 7491 / 7157 |
| 9 | Facsimile:   (619) 557-5004 |
| 10 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IDRISA SESAY, | ) Case No. 07cv2354 JM (LSP) |
|---|---|
| Petitioner, | ) |
| v. | ) |
| MICHAEL CHERTOFF, Secretary of Homeland Security et al., | ) **EXHIBITS (Exs. 132-36)** |
| Respondents. | ) |

Printout from DHS's Central Index System re Ms. Mariama Kamara, A72-322-009.. . . . 132-36

# FAX



| Date | September 8, 2008 |
|---|---|
| Number of pages including cover sheet: | 5 |

| To: | Sam Bettwy | From: | *Cassandra* (signature) |
|---|---|---|---|
| | | | CASSANDRA BULLARD, Special Agent |
| | | | IDENTITY & IMMIGRATION BENEFIT FRAUD Group |
| | | | 880 Front Street, 2ND FL. |
| | | | San Diego, CA 92101 |
| Phone: | | Phone: | 619 550 5189 |
| Fax # | 619 557 5004 | Fax # | 619 557-7200 |
| CC: | | | |

THIS COMMUNICATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, OR EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT. THIS COMMUNCATION MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND ANY DISSEMINATION, DISTRIBUTION AND/OR COPYING OF IT IS STRICTLY PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS. THANK YOU.

**REMARKS:**

☐ URGENT  ☒ AS REQUESTED  ☐ PLEASE COMMENT  ☐ FOR YOUR REVIEW

RE: Mariama Kamara

Subject: Please see attached CIS printouts for Mariama KAMARA (A72 322 009)

Thank you.

ATTACHMENTS: 4
DDP/SND

```
COMMAND:              CENTRAL INDEX SYSTEM - ID # SEARCH/DISPLAY              13:54:24

ID # (A/AA/AB/C/DA): A072322009              A#: 072322009        DOB: 10211965
    (DL/FB/FP/I/PP/SS/TD)
    LAST: KAMARA
    FIRST: MARIAMA                                           NATZ DATE:
    MIDDLE: F                                                    COURT:
    ALIASES:                                                  LOCATION:

SEX: F      PQE: CIN   COB: SIERR      DOE: 02091991
FCO: NRC    COA: DEP   COC:            FTC: 04152005      FATHER: FATU
PFCO: LOS   SFCO:      DFO: 10071996   BIN:               MOTHER: AMADU

         SSN: 622424453              CONSOLIDATED A-NOS    --OTHER INFORMATION--
I-94 ADM #:                                                EARM-X  EADS-D  NAIL-X
PASSPORT #:                                                VIOL-X
    FBI #:
DRIVER LIC: A9008030
FINGER CD#:

OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS ENTER.  CLEAR EXIT  PF1 NEXT CONS A#
PF2 PRIOR CONS A#  PF3 REFRESH  PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY
                                                              PF9 EAD PF11 EOIR
```

```
COMMAND:            CENTRAL INDEX SYSTEM - STATUS/HISTORY DATA        13:54:42

A#: 072322009 NAME: KAMARA                    ,MARIAMA           DOB: 10211965

                                         REASON/        ID NUMBER/
    ACTION         LOC   ACTION-DATE  ST  COURT#  MISC  MISC-DATE   KEYED-DATE
 STATUS CHANGE     LOS   02/09/1991       WT                        04/14/2000
 STATUS CHANGE     LOS   02/09/1991       EWI                       09/26/2003
 STATUS CHANGE     LOS   02/09/1991       B2                        03/01/2005
 STATUS CHANGE     LOS   02/09/1991       DEP                       03/10/2005
 APPREHENSION      LOS   08/27/1996       Y-I94         00/00/0000  10/16/1996
 DACS-DEPORTED     LOS   02/21/2005   6   D1B    STERR  03/01/2005  03/10/2005




*** END OF HISTORY DISPLAY ***
CLEAR EXIT  PF1 PAGE AHEAD  PF2 PAGE BACK  PF4 RETURN  PF5 HELP  PF6 MAIN MENU
```

```
                    CENTRAL INDEX SYSTEM - EOIR DATA DISPLAY              13:54:57
A NUMBER: 072322009
                         BASE CITY:     HEARING LOC:        A-NUMBER: 000000000
  CIS NAME: KAMARA, MARIAMA, F                          PRIN A-NUMBER: 000000000
 EOIR NAME:                                         EOIR NATIONALITY:
       DOB:               CASE TYPE:                      RELATION:
CHARGE DOC:              ASYLUM TYPE:        CUSTODY:     CLK ELAPSE:
PROCEED REC:              INIT HEARING:                   CLK UPDTD:
                    LAST HEARING:            TYPE:        CLK ST:
 INIT RECD:
 ASYL RECD:             IJ DECISN:      IJ COMPLETE:          APPLICATIONS
                        W/H DECISN:     EOIR DECISN:            FILED DEC
                                        OTHER COMPL:       212C:
  MTR RECD:            DECISN:          DATE:              245ADJ:
    APPEAL:            DECISN:          DATE:              VOL DEP:
                   FINAL DISP:          DATE:              WTHDRWL:
                                                           SUSPENS:
   CHARGES:   (1)            (2)             (3)
              (4)            (5)             (6)


PF1 PAGE FWD  PF5 HELP  PF11 RETURN TO CIS  CLEAR EXIT  ENTER PROCESS A NUMBER
NO EOIR DATA FOUND FOR THIS A-NUMBER
```

```
COMMAND:                        CENTRAL INDEX SYSTEM                    13:55:16
                      EMPLOYMENT AUTHORIZATION DOCUMENT (EAD) DATA

A#: 072322009  NAME: KAMARA                    ,MARIANA           DOB: 10211965

FARES #: LOSG062210014      SSN #: 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      COB: SIERR    COA: DEP
WORK STATION ID: G    OPERATOR ID: LOSG        OFFICER ID: LOS1641

                           ACTION    DENY         START    EXPIRATION PROVISION OF LAW
SEQ#-------TYPE-------    --DATE--  CODE OFF    --DATE--   ---DATE--- --8CFR 274A.12--
 01 DENTAL                05092006   1   LOS    00000000   00000000    (C) (10) ( )
 02 INITIAL ISSUANCE      09242003       LOS    09242003   09232004    (A) (12) ( )
 03 INITIAL ISSUANCE      06182002       LOS    06262002   06252003    (C) (10) ( )
 04 CORRECTION/SPOILED    03102000       LOS    03102000   03092001    (C) (18) ( )




     ***  END OF EADS DISPLAY  ***
CLEAR EXIT  PF1 PAGE AHEAD  PF2 PAGE BACK  PF4 RETURN  PF5 HELP  PF6 MAIN MENU
```

```
COMMAND:                      CENTRAL INDEX SYSTEM                    13:55:16
                    EMPLOYMENT AUTHORIZATION DOCUMENT (EAD) DATA

A#: 072322009  NAME: KAMARA                  ,MARIAMA            DOB: 10211965

FARES #: LOSG062210014     SSN #: 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      COB: SIERR   COA: DEP
WORK STATION ID: G    OPERATOR ID: LOSG      OFFICER ID: LOS1641

                           ACTION    DENY        START     EXPIRATION PROVISION OF LAW
  SEQ#-------TYPE-------   --DATE--  CODE OFF   --DATE--   ---DATE--- --8CFR 274A.12--
  01 DENIAL                05092006   1   LOS   00000000   00000000    (C) (10) ( )
  02 INITIAL ISSUANCE      09242003       LOS   09242003   09232004    (A) (12) ( )
  03 INITIAL ISSUANCE      06182002       LOS   06262002   06252003    (C) (10) ( )
  04 CORRECTION/SPOILED    03102000       LOS   03102000   03092001    (C) (18) ( )




       ***  END OF EADS DISPLAY  ***
  CLEAR EXIT   PF1 PAGE AHEAD   PF2 PAGE BACK   PF4 RETURN   PF5 HELP   PF6 MAIN MENU
```