UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRISA SESAY,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>    Respondents. | Case No. 07cv2354 JM (LSP)<br>[A77 062 688]<br><br>DECLARATION<br>OF CASSANDRA BULLARD |

I, CASSANDRA BULLARD, Special Agent, Immigration and Customs Enforcement (ICE), San Diego, California, declare and state as follows:

1. Assistant U.S. Attorney Samuel W. Bettwy submitted a formal request for an investigation into the true identity and nationality of Idrisa Sesay, Alien Registration Number A77-062-688, and I was assigned to coordinate the investigation. Among other things, I relayed requests for interviews and records checks to SAC offices in Baltimore, Los Angeles, and Washington D.C. Investigative reports were prepared by ICE agents in those locations, and the reports were sent to me. I then forwarded the reports to AUSA Bettwy.

2. To the best of my knowledge, the investigative report concerning Mariama Kamara, Alien Registration Number A72-322-009 [Exs. 114-16], was made at or near the time of obtaining the information contained in it, was made by a person who had knowledge of the information contained in it, was made and kept in the course of a regularly conducted investigative activity, and was prepared in the regular practice of the person who made the report and of the person=s organization.

3. At the request of AUSA Bettwy, I also obtained a printout from Department of Homeland Security (DHS) =s Central Index System (CIS) [Exs. 132-36], containing information relating to Ms. Mariama Kamara to show her national origin, which is Sierra Leone. CIS is an official, governmental system of DHS records. I faxed true copies of the CIS printouts to AUSA Bettwy.

I make this declaration under penalty of perjury under the laws of the United States of America.
DATED: September 9, 2008

CASSANDRA BULLARD