1

2                              UNITED STATES DISTRICT COURT

3                        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

4

5    IDRISA SESAY,                          )    Case No. 07cv2354 JM (LSP)
                                            )    [A77 062 688]
6                    Petitioner,            )
                                            )
7        v.                                 )    DECLARATION
                                            )    OF SAMUEL W. BETTWY
8    MICHAEL CHERTOFF, Secretary of         )
     Homeland Security, et al.,             )
9                                           )    TIME:  1:30pm
                     Respondents.           )    DATE:  September 19, 2008
10   _____  )    CTRM:  16

11           I, Samuel W. Bettwy, declare and state as follows:

12           1.  I am an Assistant U.S. Attorney in the Southern District of California and have been assigned

13   responsibility for the defense of the above-captioned case.  In that capacity, I obtained a true copy of an

14   investigative report relating to MS. MARIAMA KAMARA, DHS Number A72-322-009, through ICE

15   Special Agent Cassandra Bullard.  [See Exs. 114-16; Declaration of Special Agent Cassandra Bullard.]

16   I also obtained from Special Agent Bullard a true copy of a printout from DHS's Central Index System

17   ("CIS") relating to Ms. Mariama Kamara.  [Exs. 132-36.]

18           2.  I have researched information available on Lexis.com and found that, in 1986, a person named

19   James Robinson [Ex. 88 (with whom Sesay alleges he lived for two years before moving to California)]

20   lived in the same apartment complex as Mr. Jonathan Edwards, namely the Belford Towers on New

21   Hampshire Avenue in Takoma Park, Maryland.  The information on Lexis.com also show that a person

22   named "Wilhemina Robinson-Edwards" has lived for a long period of time in the same apartment unit

23   as Edwards.

24           I declare under penalty of perjury under the laws of the United States that the foregoing is true

25   and correct to the best of my knowledge.

26           DATED:  September 11, 2008

27                                               s/ Samuel W. Bettwy
                                                 _____
28                                               SAMUEL W. BETTWY