UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRISA SESAY, ) | Case No. 07cv2354-JM (LSP) |
| ) | |
| Petitioner, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | BY ELECTRONIC COURT FILING |
| ) | ("ECF") |
| MICHAEL CHERTOFF, Secretary of ) | |
| Homeland Security, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |
| ) | |
| STATE OF CALIFORNIA ) | |
| ) ss. | |
| COUNTY OF SAN DIEGO ) | |

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **September 11, 2008,** I am causing service of the following (accompanying) documents:

**GOVERNMENT'S REPLY**

on Petitioner, through his attorney of record, **Mr. James Fife**, and on all other attorneys of record, by electronically filing the foregoing document with the Clerk of the District Court using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which filing and System results in electronic notification to said attorney of said filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **Eleventh Day of September 2008.**

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY