**JAMES FIFE**
California State Bar No. 237620
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: james_fife@fd.org

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE  JEFFREY T. MILLER)**

| | |
|---|---|
| **IDRISA SESAY,** | Case No. 07CV2354-JM (LSP) |
| Petitioner, | **PETITIONER'S NOTICE OF RECENT, CONTROLLING NINTH CIRCUIT DECISION** |
| v. | |
| **MICHAEL CHERTOFF, et al.,** | |
| Respondents. | |

Petitioner files this Notice of Recent, Controlling Ninth Circuit Decision to alert the Court of case law bearing on the disposition of Petitioner's Motion for Summary Judgment/Adjudication.

In <u>Diouf v. Mukasey</u>, No. 07-55337, (9th Cir. Sept. 18, 2008), the Ninth Circuit considered the eligibility for habeas relief of a detainee whose removal order was still on review.  In order to determine which detention statute applied to Mr. Diouf, the Court had to calculate the end of the removal period, which had been subject to suspension under 8 U.S.C. § 1231(a)(1)(C), after he failed to comply with orders to report for removal and then absconded for nearly two years.  <u>Id.</u>, slip op. at 13209-10.  The Court determined that the 90-day removal period started to run anew once Mr. Diouf returned to compliance: "Because the latest evidence of Diouf's obstruction is the July 20, 2005 warning for failure to depart, we must decide how much of the removal period remained after that date."  <u>Id.</u> at 13210.

//

//

In the footnote appended to this sentence, the Court went on to find:

> We decline to find in the absence of positive evidence that Diouf continued to refuse to cooperate after July 20. Though an inference of subsequent obstruction may not be unreasonable, *it is the burden of the government* to document the conduct that extends the removal period under § 1231(a)(1)(C). Given what is at stake for the alien, we believe it inappropriate to allow the Government to satisfy its burden on inference alone. Cf. United States v. Salerno, 481 U.S. 739, 755 (1987) ("In our society liberty is the norm, and detention . . . is the carefully limited exception.").

Id. n.4 (emphasis added).

Diouf confirms Petitioner's argument in his Motion and Reply to the Cross-Motion that showing non-cooperation is the *Government's* burden, because, he argued, it is in the nature of an affirmative defense to an otherwise valid claim of indefinite detention under Zadvydas v. Davis, 533 U.S. 678 (2001). Because Petitioner's continued, prolonged detention is " 'the carefully limited exception,' " the Government must come forward with affirmative *evidence* that ICE's failure to remove Mr. Sesay is due to his claim of Sudanese nationality, and it is "inappropriate to allow the Government to satisfy its burden on inferences alone." Diouf, slip op. at 13210 n.4.

Here, Respondents have not come forward with any competent evidence Mr. Sesay's nationality claim accounts for Sierra Leone's failure to provide even a timetable for travel documents. In fact, the evidence argues that that is not the reason for the excessive delay. Instead, Respondents rely on an "inference alone" that the delay is due to Petitioner's deliberate obstruction. Under Diouf, that is insufficient to justify further detention under § 1231(a)(1)(C), and so the Motion for Summary Judgment/Adjudication should be granted.

Respectfully submitted,

Dated: September 18, 2008

*s/ James Fife*
**JAMES FIFE**
**Federal Defenders of San Diego, Inc.**
Attorneys for Petitioner SESAY
james_fife@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Petitioner

Dated: September 18, 2008            /s/ JAMES FIFE
                                     Federal Defenders of San Diego, Inc.
                                     225 Broadway, Suite 900
                                     San Diego, CA  92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     James_Fife@fd.org (email)